**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Robyn Kravitz, et al.,                    *

**Plaintiff,**
                                          *
**v.**                                    Case No. 8:18-cv-1041 (GJH)
                                          *
U.S. Department of Commerce, et al.,
                                          *
**Defendant.**                            *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  all defendants

I certify that I am admitted to practice in this Court.

May 3, 2018                               CAROL FEDERIGHI  Digitally signed by CAROL FEDERIGHI
                                          Date: 2018.05.03 16:39:35 -04'00'
Date                                      Signature

                                          Carol Federighi     803593
                                          Printed name and bar number

                                          U.S. Department of Justice, Civil Division, Federal
                                          Programs Branch
                                          P.O. Box 883, Washington, DC  20044
                                          Address

                                          carol.federighi@usdoj.gov
                                          Email address

                                          202-514-1903
                                          Telephone number


                                          Fax number

EntryofAppearanceCivil (08/2015)