**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Kravitz, et al.,

**Plaintiff,**

v.

U.S. Department of Commerce, et al.,

**Defendant.**

Case No. 8:18-cv-1041 (GJH)

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  all defendants

I certify that I am admitted to practice in this Court.

May 3, 2018
Date

STEPHEN EHRLICH
Digitally signed by STEPHEN EHRLICH
Date: 2018.05.03 18:09:45 -04'00'
Signature

Stephen Ehrlich
Printed name and bar number

U.S. Department of Justice, Civil Division, Federal Programs Branch P.O. Box 883, Washington, DC 20044
Address

stephen.ehrlich@usdoj.gov
Email address

202-305-9803
Telephone number

202-616-8470
Fax number