# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**GEORGE JARROD HAZEL**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0637**
**(301) 344-3910 FAX**

May 31, 2018

RE: Kravitz et al v. United States Department of Commerce et al
GJH-18-1041

## LETTER ORDER

Dear Counsel:

Pursuant to the Scheduling Conference held Wednesday, May 30, 2018, the Court hereby issues the following schedule:

| | |
|---|---|
| Defendants' Motion to Dismiss: | June 6, 2018 |
| Plaintiffs' Opposition: | June 22, 2018 |
| Reply: | July 2, 2018 |
| Motion Hearing: | July 16, 2018 at 3pm |

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

George J. Hazel
United States District Judge