## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>    Defendants. | Case No. 8:18-cv-01041-GJH |

## MOTION TO DISMISS

Defendants United States Department of Commerce; United States Census Bureau; Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce; Karen Dunn Kelley, in her official capacity as the Under Secretary for Economic Affairs, performing the nonexclusive duties of the Deputy Secretary of Commerce; Ron Jarmin, in his official capacity as an employee of the U.S. Census Bureau performing the nonexclusive functions and duties of the Director of the U.S. Census Bureau; and Enrique Lamas, in his official capacity as an employee of the U.S. Census Bureau performing the nonexclusive functions and duties of the Deputy Director and Chief Operating Officer of the U.S. Census Bureau (collectively, "Defendants"), by and through their undersigned counsel, move the Court to dismiss the claims against them under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants' arguments in support of this motion are fully set forth in the attached Memorandum of Law.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Stephen Ehrlich*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:    (202) 305-9803
Email:  stephen.ehrlich@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of June, 2018, I caused a copy of the *Motion to Dismiss* to be sent to all parties receiving CM/ECF notices in this case.

*/s/ Stephen Ehrlich*
Stephen Ehrlich
Trial Attorney
