**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ROBYN KRAVITZ, *et al.*

            Plaintiffs,

v.                                    **Case No. 18-cv-01041**

UNITED STATES DEPARTMENT OF COMMERCE, *et al.*

            Defendants.

## NOTICE OF FILING SUPPLEMENTAL MATERIALS

Defendants maintain their position that this challenge to a final agency action is properly reviewed, if at all, on the basis of the administrative record produced by the Department of Commerce on June 8 and 21, 2018. *See* ECF Nos. 25 and 26. However, in response to the July 5, 2018 Order, in *New York v. U.S. Dep't of Commerce*, No. 18-cv-2921 (JMF) [ECF No. 199], a case involving a challenge to the same agency action, Defendants are collecting and producing in that case and its related case, *New York Immigration Coalition v. U.S. Dep't of Commerce*, No. 18-cv-5025 (JMF) (collectively, "the New York Cases"), a broader set of materials than would normally be considered appropriate for an administrative record. This release will take place over two filings this week due to the volume of the additional production. *See* ECF No. 211, *New York v. U.S. Dep't of Commerce*, No. 18-cv-2921 (JMF).

In view of the fact that the present case challenges the same agency decision as that at issue in the New York Cases and that Defendants have filed the same administrative record in both this case and the New York Cases, Defendants are hereby filing the same supplemental materials that were filed in the New York Cases yesterday. Given the volume of these materials and the fact that they are publicly available at http://www.osec.doc.gov/opog/FOIA/Documents/CensusProd001.zip, Defendants do not intend to file them directly on the docket. Rather, Defendants will provide the

Court with a courtesy copy of the above-referenced supplemental materials in electronic format. Defendants can also provide plaintiffs' counsel with these materials in electronic format upon request. By this filing, Defendants do not waive any argument that review should be limited to the administrative record already produced and/or that no discovery should be had in this case.

Dated: July 25, 2018

                                                 Respectfully submitted,

                                               CHAD A. READLER
                                               Acting Assistant Attorney General

                                               BRETT A. SHUMATE
                                               Deputy Assistant Attorney General

                                               JOHN R. GRIFFITHS
                                               Director, Federal Programs Branch

                                               CARLOTTA P. WELLS
                                               Assistant Director, Federal Programs Branch

                                               */s/ Carol Federighi*
                                               KATE BAILEY
                                               GARRETT COYLE
                                               STEPHEN EHRLICH
                                               CAROL FEDERIGHI
                                               Trial Attorneys
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               20 Massachusetts Ave., N.W.
                                               Washington, DC  20530
                                               Tel.:  (202) 514-1903
                                               Email:  carol.federighi@usdoj.gov

                                               *Counsel for Defendants*