IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

**ROBYN KRAVITZ**, *et al.*,

    **Plaintiffs,**           Case No.: GJH-18-1041

v.

**UNITED STATES DEPARTMENT OF COMMERCE**, *et al.*,

    **Defendants.**

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Defendants' Motion to Dismiss, ECF No. 24, is **DENIED**;

2. Plaintiffs' Motion for Discovery, ECF No. 43, is **GRANTED**; and

3. The parties **SHALL PROVIDE** Chambers with a proposed scheduling order regarding further proceedings in this case within seven days of the date of this Order.

Dated: August 22, 2018                          /s/
                                                                GEORGE J. HAZEL
                                                                 United States District Judge