UNITED STATES DISTRICT COURT
DISTRICT COURT OF MARYLAND

| | |
|---|---|
| KRAVITZ, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>        Defendants. | Civil Action No. 8:18-cv-01041-GJH |

## **CORRECTED SCHEDULING ORDER**

The Court hereby issues the following schedule:

- Plaintiffs' expert reports shall be due on **October 5, 2018;**

- Defendants' expert reports shall be due on **October 19, 2018;**

- Plaintiffs' rebuttal expert reports shall be due on **October 26, 2018;**

- Fact and expert discovery shall close on **November 2, 2018;**

- Status report due date **November 2, 2018;**

- Summary judgment motions shall be due on **November 12, 2018;**

- Responses to motions for summary judgment shall be due on **November 27, 2018;**

- Replies in support of motions for summary judgment shall be due on **December 4, 2018;**

- A hearing on motions for summary judgment shall be held on **December 14, 2018 at 10:00 a.m.;** and

- An 8-day bench trial shall commence on **January 22nd, 2019.**

The above schedule is HEREBY ENTERED this 7th day of September 2018.

_____/S/_____
The Honorable George J. Hazel
U.S. District Court for the District of Maryland