# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*<br><br>Defendants. | Case No. 18-cv-01041 |

## NOTICE

Defendants hereby notify the Court that on October 9, 2018, Justice Ginsburg, on behalf of the United States Supreme Court, issued a stay of the July 3, 2018, August 17, 2018, and September 21, 2018, orders issued in *State of New York v. U.S. Department of Commerce*, Nos. 18-cv-2921 & 18-cv-5025 (JMF) (S.D.N.Y.) ("the New York litigation"), pending receipt of a response by the Plaintiffs, due on or before October 11, 2018, by 4 p.m., and further order of Justice Ginsburg or of the full Supreme Court. Defendants accordingly notify the Court that discovery as authorized by this Court (*see* ECF No. 48) in connection with the July 3, 2018, August 17, 2018, and September 21, 2018 orders in the New York litigation is currently stayed, and further respectfully suggest that, after the Supreme Court resolves the pending motion, the Court schedule a conference to set future proceedings.

Dated: October 10, 2018                                                         Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
JOSHUA E. GARDNER
Assistant Branch Directors

*/s/ Carol Federighi*
KATE BAILEY
GARRETT COYLE
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
MARTIN TOMLINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel.: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Attorneys for Defendants*