UNITED STATES DISTRICT COURT
DISTRICT COURT OF MARYLAND

| | |
|---|---|
| KRAVITZ, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>        Defendants. | Civil Action No. 8:18-cv-01041-GJH<br><br>Hon. George J. Hazel<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

      Plaintiffs respectfully move the Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to file an amended complaint, a copy of which is attached hereto as Exhibit 1. A redlined version of the proposed Third Amended Complaint that illustrates the changes from the Second Amended Complaint is attached hereto as Exhibit 2. The proposed Third Amended Complaint maintains the counts and allegations against the same defendants from the Second Amended Complaint but adds a claim that Defendants violated Plaintiffs' rights as guaranteed by the Due Process Clause of the Fifth Amendment. Pursuant to Local Rule 103.6(d), Plaintiffs attempted to obtain consent from Defendants, but Defendants did not consent.

      For the reasons stated in the accompanying memorandum of law, Plaintiffs respectfully request that their motion for leave to file the proposed Third Amended Complaint be granted.

December 4, 2018                  COVINGTON & BURLING LLP

By: /s/ Daniel Grant

Daniel Grant (Bar Number: 19659)
Shankar Duraiswamy*
Dustin Cho*
Bianca Nunes*
Tina M. Thomas*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6302
dgrant@cov.com
sduraiswamy@cov.com
dcho@cov.com
bnunes@cov.com
tthomas@cov.com

P. Benjamin Duke*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Fax: (212) 841-1010
pbduke@cov.com

Lawrence A. Hobel*
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel: (415) 591-6000
Fax: (415) 591-6091
lhobel@cov.com

*Attorneys for Plaintiffs*

\*   Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

    I certify that on this 4th day of December, 2018, I caused a copy of the foregoing Motion for Leave to File a Third Amended Complaint and all accompanying filings to be sent to all parties receiving CM/ECF notices in this case.

                                      COVINGTON & BURLING LLP

                              By: /s/ Daniel Grant

                                  Daniel Grant (Bar Number: 19659)