IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kravitz, et al.,
**Plaintiff,**

v.

U.S. Department of Commerce, et al.,
**Defendant.**

Case No. 8:18-cv-1041

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **all defendants**

I certify that I am admitted to practice in this Court.

December 10, 2018
Date

/s/ Joshua E. Gardner
Signature

Joshua E. Gardner
Printed name and bar number

1100 L Street, NW
Washington, DC 20005
Address

Joshua.E.Gardner@usdoj.gov
Email address

202-305-7583
Telephone number

202-616-8460
Fax number

EntryofAppearanceCivil (08/2015)