AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Robyn Kravitz, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-1041 |
| U.S. Department of Commerce, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date: 12/17/2018

/s/ Garrett Coyle
*Attorney's signature*

Garrett Coyle (bar no. 809812)
*Printed name and bar number*

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
*Address*

garrett.coyle@usdoj.gov
*E-mail address*

(202) 616-8016
*Telephone number*

(202) 616-8470
*FAX number*