**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Robyn Kravitz   *

  **Plaintiff,**

    *

  **v.**       **Case No.** 8:18-cv-1041

Dep't of Commer   *

  **Defendant.**   *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

 Enter my appearance as counsel in this case for the **all Defendants**

 I certify that I am admitted to practice in this Court.

01/04/2019

Date

Signature

Martin Tomlinson, 809920

Printed name and bar number

1100 L Street NW

Address

martin.m.tomlinson@usdo

Email address

202-353-4556

Telephone number

202-616-8470

Fax number