IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Robyn Kravitz, et al().        *

__Plaintiff,__

                           *

v.                              Case No. 8:18-cv-1041

                           *

U.S. Department of Commerce, et al.

__Defendant.__        *

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of __Defendants__.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| North Carolina | 9/20/2013 |
| Virginia (associate member) | 11/10/2010 |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

1/7/2019
Date

*[Signature]*
Signature

Courtney Enlow (NC Bar # 46578)
Printed name and bar number

1100 L Street, NW, Room 12012, Washington, DC 20005
Address

**courtney.d.enlow@usdoj.gov**
Email address

**(202) 616-8467**
Telephone number

**(202) 616-8470**
Fax number

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**