# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Robyn Kravitz, et al.　　　　*

　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　Case No.　18-cv-1041 & 18-cv-1570

U.S. Dep't of Commerce, et al.　*

　　　　　　　　　　　　　　*

## NOTICE OF APPEAL

Notice is hereby given that U.S. Department of Commerce, U.S. Census Bureau, Wilbur L. Ross, Karen Dunn Kelley, Steven Dillingham, and Ron Jarmin,
(fill in names of **all** parties who are appealing)

defendants in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the Final Judgment (ECF 155 in 18-1041 & ECF 126 in 18-1570); Findings of Fact & Conclusions of Law (ECF 154 in 18-1041 & ECF 125 in 18-1570)
(indicate order or judgment)

entered in this case on April 5, 2019.

April 8, 2019　　　　　　　　　　　　　/s/ Garrett Coyle
Date　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　Garrett Coyle (Bar No. 809812)
　　　　　　　　　　　　　　　　　　　Printed Name and Bar Number

　　　　　　　　　　　　　　　　　　　1100 L Street NW, Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　garrett.coyle@usdoj.gov
　　　　　　　　　　　　　　　　　　　Email Address

　　　　　　　　　　　　　　　　　　　(202) 616-8016
　　　　　　　　　　　　　　　　　　　Telephone Number

　　　　　　　　　　　　　　　　　　　(202) 616-8470
　　　　　　　　　　　　　　　　　　　Fax Number