"Appendix 2 - Column Header on Tables 2 - 7.xlsx"

# APPENDIX 2
## Column Descriptions for Table 8

| Column | Column Header | Explanation |
|---|---|---|
| Column A | Dist | Texas State House District # |
| Column B | Area of State | Region of the State |
| Column C | Party | Political Party of the Incument |
| Column D | Total | Total 2010 Population (TPOP) |
| Column E | VAP | Total 2010 Adult Population (VAP) |
| Column F | CVAP | Total Citizen Voting Age Population |
| Column G | PCT Anglo | Percent CVAP Anglo |
| Column H | PCT HCVAP | Percent Hispanic CVAP |
| Column I | PCT HVAP | Percent Adult Hispanic VAP |
| Column J | %HVAP - %HCVAP | Column I minus Column H |
| Column K | %HCVAP/%HVAP | Column H divided by Column I |
| Column L | TPOP Deviation | Deviation using TPOP |
| Column M | % TPOP Deviatin | Percent Deviation using TPOP |
| Column N | CVAP Deviation | Deviation using CVAP |
| Column O | % CVAP Deviation | Percent Deviation using CVAP |
| Column P | % CVAP Dev - % TPOP Dev | Column O - Column M |