A-5

"Appendix 3 - TLC - TX HCVAP Study for TX House of Reps..xls"

Red-116
Data: 2009-2013 ACS; 2010 Census
PLANH358  06/21/2013 1:29:25 PM

APPENDIX 3
American Community Survey Special Tabulation
HOUSE DISTRICTS - PLANH358

Texas Legislative Council
02/16/15 11:27 AM
Page 1 of 1

Special Tabulation of Citizen Voting Age Population (CVAP) from the 2009-2013 American Community Survey with Margins of Error

| District | 2010 Census Total | 2010 Census VAP | CVAP | Hispanic CVAP % Hispanic | Not Hispanic or Latino Citizen Voting Age Population (CVAP) |||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | % Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 1 | 165,823 | 125,927 | 122,470 (±2,705) | 4.0 (±0.5) | 18.1 (±1.1) | 0.3 (±0.2) | 0.3 (±0.2) | 75.1 (±0.9) | 0.7 (±0.2) | 0.4 (±0.2) | 0.1 (±0.2) | 0.8 (±0.2) | 0.1 (±0.1) | 0.2 (±0.1) |
| 2 | 173,869 | 130,806 | 124,825 (±2,634) | 6.3 (±0.6) | 6.5 (±0.6) | 0.0 (±0.1) | 0.0 (±0.1) | 85.1 (±0.8) | 0.7 (±0.2) | 0.4 (±0.2) | 0.2 (±0.2) | 0.6 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) |
| 3 | 164,955 | 119,595 | 109,760 (±3,444) | 12.1 (±1.2) | 9.8 (±1.1) | 0.3 (±0.2) | 0.0 (±0.1) | 75.4 (±1.2) | 0.2 (±0.2) | 1.0 (±0.3) | 0.1 (±0.1) | 1.0 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 4 | 168,429 | 123,603 | 117,715 (±2,818) | 7.3 (±0.7) | 8.9 (±0.8) | 0.3 (±0.2) | 0.1 (±0.1) | 81.5 (±1.1) | 0.6 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 5 | 160,253 | 120,169 | 112,555 (±2,513) | 7.0 (±0.7) | 12.5 (±0.9) | 0.1 (±0.1) | 0.1 (±0.1) | 78.8 (±0.9) | 0.6 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) | 0.5 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) |
| 6 | 160,008 | 119,154 | 109,970 (±2,538) | 8.7 (±0.9) | 19.3 (±1.1) | 0.1 (±0.1) | 0.0 (±0.1) | 70.1 (±1.0) | 0.3 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.3 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 7 | 161,039 | 120,296 | 112,255 (±2,507) | 5.5 (±0.6) | 17.7 (±1.0) | 0.1 (±0.1) | 0.1 (±0.2) | 74.7 (±1.1) | 0.5 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 8 | 161,098 | 123,550 | 114,450 (±2,495) | 9.5 (±0.7) | 16.9 (±0.9) | 0.1 (±0.1) | 0.0 (±0.1) | 72.1 (±1.0) | 0.4 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 9 | 166,719 | 125,947 | 121,420 (±2,713) | 3.5 (±0.5) | 19.6 (±1.1) | 0.1 (±0.1) | 0.0 (±0.1) | 75.8 (±0.9) | 0.1 (±0.1) | 0.3 (±0.2) | 0.0 (±0.1) | 0.3 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) |
| 10 | 163,063 | 116,978 | 111,680 (±2,473) | 14.0 (±0.5) | 8.6 (±0.8) | 0.1 (±0.1) | 0.1 (±0.2) | 75.6 (±0.9) | 0.5 (±0.2) | 0.5 (±0.2) | 0.0 (±0.1) | 0.5 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) |
| 11 | 168,699 | 128,086 | 118,640 (±2,557) | 7.5 (±0.6) | 18.5 (±0.9) | 0.1 (±0.1) | 0.1 (±0.1) | 72.2 (±1.0) | 0.4 (±0.2) | 0.7 (±0.2) | 0.0 (±0.1) | 0.5 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) |
| 12 | 160,573 | 119,556 | 111,590 (±2,665) | 13.8 (±1.1) | 20.1 (±1.1) | 0.1 (±0.1) | 0.1 (±0.1) | 64.4 (±0.9) | 0.3 (±0.2) | 0.6 (±0.2) | 0.1 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 13 | 170,617 | 131,129 | 123,515 (±2,668) | 11.3 (±0.9) | 12.4 (±1.0) | 0.1 (±0.1) | 0.1 (±0.1) | 75.2 (±0.7) | 0.3 (±0.2) | 0.3 (±0.2) | 0.0 (±0.1) | 0.3 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) |
| 14 | 163,187 | 131,479 | 114,485 (±3,221) | 16.5 (±1.0) | 10.9 (±1.0) | 0.5 (±0.3) | 0.1 (±0.1) | 68.6 (±1.4) | 0.3 (±0.1) | 2.4 (±0.4) | 0.0 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 15 | 167,349 | 120,450 | 116,690 (±3,258) | 9.9 (±0.9) | 3.6 (±0.6) | 0.2 (±0.1) | 0.1 (±0.1) | 81.8 (±1.4) | 0.1 (±0.1) | 3.0 (±0.5) | 0.1 (±0.1) | 0.7 (±0.2) | 0.5 (±0.3) | 0.2 (±0.1) |
| 16 | 166,647 | 122,271 | 108,180 (±3,231) | 11.0 (±1.1) | 6.7 (±0.9) | 0.2 (±0.2) | 0.1 (±0.2) | 80.7 (±1.3) | 0.2 (±0.1) | 0.6 (±0.2) | 0.0 (±0.1) | 0.3 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 17 | 163,480 | 123,550 | 112,125 (±2,794) | 28.2 (±1.3) | 9.1 (±0.8) | 0.1 (±0.1) | 0.1 (±0.1) | 61.1 (±1.2) | 0.3 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.6 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 18 | 169,888 | 132,877 | 126,560 (±3,430) | 10.3 (±0.7) | 17.0 (±1.1) | 0.0 (±0.1) | 0.1 (±0.1) | 71.3 (±1.0) | 0.3 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.5 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 19 | 171,969 | 131,682 | 128,705 (±2,845) | 4.4 (±0.5) | 11.5 (±0.8) | 0.1 (±0.1) | 0.0 (±0.1) | 82.5 (±0.9) | 0.7 (±0.2) | 0.3 (±0.2) | 0.0 (±0.1) | 0.4 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) |
| 20 | 159,816 | 121,754 | 115,395 (±2,504) | 12.1 (±1.0) | 3.6 (±0.5) | 0.1 (±0.1) | 0.0 (±0.1) | 82.8 (±0.8) | 0.4 (±0.2) | 0.5 (±0.2) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 21 | 172,180 | 130,308 | 121,365 (±2,639) | 7.6 (±0.7) | 7.8 (±0.7) | 0.1 (±0.1) | 0.1 (±0.1) | 82.0 (±0.8) | 0.3 (±0.2) | 1.4 (±0.4) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 22 | 161,930 | 122,897 | 115,525 (±2,666) | 9.5 (±0.8) | 49.8 (±1.3) | 0.2 (±0.2) | 0.1 (±0.1) | 37.0 (±1.1) | 0.1 (±0.1) | 2.5 (±0.4) | 0.1 (±0.1) | 0.3 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 23 | 163,720 | 123,736 | 111,960 (±2,649) | 17.4 (±1.1) | 19.7 (±1.0) | 0.2 (±0.2) | 0.0 (±0.1) | 59.8 (±1.3) | 0.4 (±0.2) | 1.7 (±0.4) | 0.0 (±0.1) | 0.6 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 24 | 162,685 | 118,491 | 118,260 (±2,930) | 13.9 (±1.2) | 7.2 (±0.8) | 0.3 (±0.2) | 0.0 (±0.1) | 74.8 (±1.1) | 0.1 (±0.1) | 2.9 (±0.5) | 0.0 (±0.1) | 0.5 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 25 | 174,168 | 129,041 | 121,250 (±2,832) | 23.4 (±1.3) | 12.1 (±0.9) | 0.1 (±0.1) | 0.1 (±0.2) | 62.4 (±1.2) | 0.3 (±0.2) | 1.0 (±0.3) | 0.1 (±0.2) | 0.5 (±0.2) | 0.6 (±0.3) | 0.1 (±0.1) |
| 26 | 160,091 | 117,247 | 97,320 (±2,690) | 14.5 (±1.3) | 10.4 (±1.1) | 0.1 (±0.1) | 0.0 (±0.1) | 52.2 (±1.5) | 0.3 (±0.2) | 21.7 (±1.4) | 0.0 (±0.1) | 0.3 (±0.2) | 0.6 (±0.3) | 0.1 (±0.1) |
| 27 | 160,084 | 113,596 | 104,295 (±2,865) | 15.5 (±1.2) | 46.2 (±1.8) | 0.2 (±0.2) | 0.1 (±0.1) | 26.2 (±1.1) | 0.2 (±0.2) | 10.9 (±1.1) | 0.0 (±0.1) | 0.2 (±0.2) | 0.1 (±0.2) | 0.3 (±0.2) |
| 28 | 160,373 | 107,968 | 100,995 (±3,011) | 15.3 (±1.3) | 16.1 (±1.6) | 0.1 (±0.1) | 0.1 (±0.1) | 53.3 (±1.6) | 0.1 (±0.1) | 13.9 (±1.3) | 0.0 (±0.1) | 0.3 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) |
| 29 | 175,700 | 124,171 | 116,165 (±2,991) | 13.7 (±1.3) | 16.1 (±1.6) | 0.1 (±0.1) | 0.1 (±0.1) | 57.5 (±1.3) | 0.4 (±0.2) | 7.3 (±0.8) | 0.0 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) |
| 30 | 166,022 | 124,729 | 121,220 (±2,579) | 33.7 (±1.3) | 5.1 (±0.6) | 0.2 (±0.2) | 0.2 (±0.1) | 59.0 (±1.0) | 0.1 (±0.1) | 0.8 (±0.2) | 0.0 (±0.1) | 0.8 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 31 | 171,858 | 121,699 | 104,285 (±2,886) | 75.1 (±1.5) | 1.2 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) | 23.1 (±1.1) | 0.2 (±0.2) | 0.2 (±0.2) | 0.0 (±0.1) | 0.2 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) |
| 32 | 167,074 | 126,072 | 124,080 (±2,920) | 46.1 (±1.5) | 4.3 (±0.5) | 0.1 (±0.1) | 0.0 (±0.1) | 46.8 (±1.2) | 0.3 (±0.2) | 1.7 (±0.3) | 0.0 (±0.1) | 0.4 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 33 | 172,135 | 119,518 | 115,655 (±2,731) | 9.9 (±0.9) | 6.1 (±0.7) | 0.2 (±0.2) | 0.1 (±0.1) | 77.9 (±1.1) | 0.4 (±0.2) | 3.9 (±0.6) | 0.1 (±0.1) | 0.6 (±0.2) | 0.4 (±0.2) | 0.2 (±0.2) |
| 34 | 173,149 | 125,896 | 117,465 (±3,003) | 67.4 (±1.6) | 3.4 (±0.5) | 0.2 (±0.2) | 0.0 (±0.1) | 28.0 (±1.0) | 0.2 (±0.2) | 0.5 (±0.2) | 0.1 (±0.1) | 0.3 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 35 | 168,627 | 109,154 | 77,585 (±2,538) | 80.1 (±1.7) | 0.4 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) | 18.6 (±1.3) | 0.0 (±0.1) | 0.6 (±0.3) | 0.0 (±0.1) | 0.1 (±0.2) | 0.1 (±0.2) | 0.0 (±0.1) |
| 36 | 168,963 | 110,963 | 76,060 (±2,839) | 87.1 (±1.5) | 0.4 (±0.2) | 0.0 (±0.2) | 0.0 (±0.1) | 11.9 (±1.1) | 0.1 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.1 (±0.2) | 0.0 (±0.1) | 0.0 (±0.2) |
| 37 | 169,088 | 113,454 | 78,885 (±2,323) | 83.7 (±1.3) | 0.4 (±0.2) | 0.0 (±0.2) | 0.0 (±0.1) | 15.5 (±1.1) | 0.1 (±0.2) | 0.2 (±0.2) | 0.0 (±0.1) | 0.1 (±0.2) | 0.1 (±0.1) | 0.1 (±0.2) |
| 38 | 168,214 | 110,865 | 92,195 (±2,979) | 84.7 (±1.5) | 0.4 (±0.2) | 0.0 (±0.2) | 0.0 (±0.1) | 13.5 (±1.0) | 0.1 (±0.2) | 1.0 (±0.3) | 0.0 (±0.1) | 0.1 (±0.2) | 0.0 (±0.2) | 0.1 (±0.2) |
| 39 | 168,659 | 110,751 | 85,015 (±2,934) | 84.7 (±1.5) | 0.2 (±0.2) | 0.0 (±0.2) | 0.0 (±0.1) | 14.6 (±1.2) | 0.2 (±0.2) | 0.2 (±0.2) | 0.0 (±0.1) | 0.1 (±0.2) | 0.0 (±0.2) | 0.0 (±0.1) |
| 40 | 168,662 | 108,086 | 79,875 (±3,099) | 89.3 (±1.6) | 1.4 (±0.3) | 0.1 (±0.2) | 0.0 (±0.1) | 8.2 (±0.9) | 0.1 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. All block groups with more than 50% of the population in a district are included in the

Red-116
Data: 2009-2013 ACS; 2010 Census
PLANH358  06/21/2013 1:29:25 PM

American Community Survey Special Tabulation
HOUSE DISTRICTS - PLANH358

Texas Legislative Council
02/16/15 11:27 AM
Page 1 of 1

Special Tabulation of Citizen Voting Age Population (CVAP) from the 2009-2013 American Community Survey with Margins of Error

| District | 2010 Census Total | VAP | CVAP | Hispanic CVAP % Hispanic | Not Hispanic or Latino Citizen Voting Age Population (CVAP) |||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | % Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
| 41 | 168,776 | 115,033 | 88,365 (±2,968) | 79.0 (±1.7) | 0.5 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) | 17.9 (±1.1) | 0.1 (±0.2) | 2.2 (±0.5) | 0.0 (±0.1) | 0.1 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) |
| 42 | 167,668 | 111,699 | 84,125 (±2,400) | 93.6 (±0.9) | 0.4 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) | 5.4 (±0.6) | 0.1 (±0.2) | 0.5 (±0.3) | 0.0 (±0.2) | 0.0 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) |
| 43 | 169,564 | 124,492 | 120,575 (±2,893) | 59.2 (±1.5) | 3.7 (±0.4) | 0.1 (±0.1) | 0.1 (±0.1) | 35.8 (±1.0) | 0.1 (±0.1) | 0.6 (±0.2) | 0.0 (±0.1) | 0.4 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) |
| 44 | 174,451 | 126,713 | 125,720 (±2,673) | 59.2 (±1.5) | 5.3 (±0.6) | 0.2 (±0.1) | 0.0 (±0.1) | 60.9 (±1.0) | 0.2 (±0.2) | 1.1 (±0.2) | 0.1 (±0.1) | 0.5 (±0.2) | 0.2 (±0.1) | 0.2 (±0.1) |
| 45 | 167,604 | 126,549 | 124,330 (±3,187) | 30.9 (±1.4) | 3.5 (±0.6) | 0.1 (±0.1) | 0.0 (±0.1) | 66.7 (±1.1) | 0.4 (±0.2) | 1.0 (±0.2) | 0.0 (±0.1) | 0.5 (±0.2) | 0.2 (±0.1) | 0.1 (±0.1) |
| 46 | 166,410 | 118,539 | 94,335 (±2,518) | 27.2 (±1.5) | 25.3 (±1.4) | 0.3 (±0.2) | 0.2 (±0.2) | 41.6 (±1.3) | 0.3 (±0.2) | 4.2 (±0.8) | 0.0 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 47 | 175,314 | 127,689 | 125,095 (±2,576) | 12.3 (±0.9) | 1.7 (±0.4) | 0.2 (±0.1) | 0.0 (±0.1) | 80.3 (±0.8) | 0.1 (±0.1) | 4.1 (±0.5) | 0.0 (±0.1) | 0.5 (±0.2) | 0.5 (±0.2) | 0.1 (±0.1) |
| 48 | 173,008 | 135,585 | 127,810 (±2,462) | 17.5 (±1.0) | 3.2 (±0.5) | 0.3 (±0.2) | 0.0 (±0.1) | 74.4 (±0.7) | 0.3 (±0.2) | 3.3 (±0.5) | 0.1 (±0.1) | 0.6 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 49 | 167,309 | 144,371 | 130,085 (±3,439) | 15.5 (±0.9) | 4.6 (±0.6) | 0.2 (±0.1) | 0.1 (±0.2) | 73.1 (±0.6) | 0.2 (±0.2) | 4.7 (±0.5) | 0.0 (±0.1) | 0.6 (±0.2) | 0.7 (±0.2) | 0.2 (±0.1) |
| 50 | 166,516 | 124,252 | 110,735 (±2,788) | 19.8 (±1.3) | 4.6 (±0.4) | 0.4 (±0.2) | 0.1 (±0.2) | 57.5 (±1.2) | 0.3 (±0.2) | 8.5 (±0.8) | 0.1 (±0.1) | 0.6 (±0.2) | 0.6 (±0.2) | 0.3 (±0.2) |
| 51 | 175,709 | 128,793 | 98,320 (±2,727) | 42.6 (±1.7) | 11.9 (±1.1) | 0.4 (±0.2) | 0.2 (±0.2) | 41.5 (±1.3) | 0.4 (±0.2) | 1.9 (±0.4) | 0.1 (±0.1) | 0.5 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) |
| 52 | 171,429 | 114,146 | 111,445 (±2,924) | 23.2 (±1.4) | 8.9 (±0.9) | 0.5 (±0.2) | 0.0 (±0.1) | 62.8 (±1.5) | 0.4 (±0.2) | 3.0 (±0.6) | 0.0 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) |
| 53 | 165,994 | 131,870 | 98,320 (±2,727) | 42.6 (±1.7) | 1.6 (±0.4) | 0.0 (±0.1) | 0.0 (±0.1) | 72.2 (±0.9) | 0.3 (±0.2) | 3.0 (±0.6) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 54 | 162,897 | 127,381 | 123,515 (±2,792) | 24.8 (±1.2) | 1.6 (±0.4) | 0.0 (±0.1) | 0.0 (±0.1) | 72.2 (±0.9) | 0.3 (±0.2) | 0.3 (±0.3) | 0.0 (±0.1) | 0.5 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 55 | 167,736 | 117,164 | 112,385 (±3,320) | 17.8 (±1.5) | 23.5 (±1.5) | 0.7 (±0.3) | 0.1 (±0.1) | 51.6 (±1.5) | 0.6 (±0.3) | 3.0 (±0.5) | 0.8 (±0.3) | 0.3 (±0.1) | 0.9 (±0.3) | 0.7 (±0.3) |
| 56 | 162,176 | 119,755 | 116,635 (±2,783) | 16.0 (±1.0) | 15.5 (±1.0) | 0.5 (±0.2) | 0.1 (±0.1) | 64.4 (±1.1) | 0.5 (±0.2) | 1.4 (±0.3) | 0.3 (±0.3) | 0.6 (±0.2) | 0.5 (±0.2) | 0.2 (±0.1) |
| 57 | 163,869 | 123,411 | 117,985 (±2,622) | 14.2 (±1.0) | 10.6 (±0.9) | 0.2 (±0.2) | 0.2 (±0.2) | 72.6 (±1.0) | 0.4 (±0.2) | 1.3 (±0.3) | 0.3 (±0.2) | 0.6 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 58 | 164,418 | 124,630 | 118,140 (±2,852) | 9.2 (±0.9) | 16.8 (±1.0) | 0.1 (±0.2) | 0.0 (±0.1) | 72.8 (±1.0) | 0.3 (±0.2) | 0.3 (±0.2) | 0.0 (±0.1) | 0.4 (±0.2) | 0.2 (±0.1) | 0.1 (±0.1) |
| 59 | 169,146 | 123,826 | 118,105 (±2,666) | 2.6 (±0.5) | 7.8 (±0.7) | 0.1 (±0.1) | 0.0 (±0.1) | 84.2 (±0.9) | 0.5 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) | 0.6 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 60 | 163,609 | 122,193 | 118,030 (±2,640) | 13.1 (±0.9) | 7.8 (±0.7) | 0.2 (±0.2) | 0.1 (±0.1) | 75.9 (±0.9) | 0.4 (±0.2) | 0.8 (±0.2) | 0.2 (±0.2) | 0.9 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) |
| 61 | 171,429 | 131,870 | 127,825 (±2,616) | 9.5 (±0.7) | 1.8 (±0.3) | 0.1 (±0.1) | 0.1 (±0.1) | 86.9 (±0.7) | 0.4 (±0.2) | 1.9 (±0.4) | 0.0 (±0.1) | 0.6 (±0.2) | 0.2 (±0.1) | 0.0 (±0.1) |
| 62 | 176,054 | 130,782 | 128,065 (±2,722) | 7.7 (±0.7) | 1.7 (±0.3) | 0.3 (±0.2) | 0.0 (±0.1) | 88.5 (±0.7) | 0.9 (±0.2) | 0.5 (±0.2) | 0.0 (±0.1) | 0.5 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 63 | 160,023 | 122,203 | 117,530 (±2,410) | 5.7 (±0.6) | 6.0 (±0.6) | 0.2 (±0.2) | 0.0 (±0.1) | 85.0 (±0.7) | 1.1 (±0.2) | 0.6 (±0.2) | 0.1 (±0.1) | 1.0 (±0.3) | 0.1 (±0.1) | 0.1 (±0.1) |
| 64 | 167,337 | 115,634 | 113,605 (±2,348) | 9.8 (±0.8) | 4.1 (±0.6) | 0.2 (±0.2) | 0.2 (±0.2) | 80.8 (±0.9) | 0.4 (±0.2) | 3.5 (±0.5) | 0.3 (±0.1) | 0.7 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 65 | 167,588 | 129,175 | 116,875 (±2,745) | 11.5 (±0.9) | 9.2 (±0.8) | 0.5 (±0.2) | 0.1 (±0.1) | 75.0 (±1.0) | 0.3 (±0.1) | 1.9 (±0.4) | 0.1 (±0.1) | 0.8 (±0.2) | 0.4 (±0.2) | 0.3 (±0.1) |
| 66 | 165,742 | 124,977 | 109,350 (±2,600) | 12.6 (±1.0) | 13.8 (±1.2) | 0.7 (±0.3) | 0.1 (±0.1) | 62.3 (±1.4) | 0.3 (±0.2) | 8.5 (±0.8) | 0.1 (±0.1) | 0.8 (±0.2) | 0.3 (±0.2) | 0.4 (±0.2) |
| 67 | 172,129 | 130,796 | 113,390 (±2,427) | 7.2 (±0.7) | 8.9 (±0.9) | 0.2 (±0.2) | 0.1 (±0.2) | 69.7 (±1.0) | 0.4 (±0.2) | 12.1 (±0.9) | 0.1 (±0.1) | 0.7 (±0.2) | 0.6 (±0.2) | 0.2 (±0.2) |
| 68 | 172,141 | 126,368 | 111,250 (±2,433) | 8.9 (±0.9) | 7.3 (±0.9) | 0.2 (±0.2) | 0.0 (±0.1) | 70.1 (±1.0) | 0.5 (±0.2) | 11.5 (±0.9) | 0.1 (±0.1) | 0.5 (±0.2) | 0.7 (±0.2) | 0.2 (±0.2) |
| 69 | 160,508 | 121,547 | 112,760 (±2,116) | 13.6 (±0.7) | 3.8 (±0.4) | 0.2 (±0.2) | 0.0 (±0.2) | 80.9 (±0.8) | 0.5 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.6 (±0.2) | 0.1 (±0.1) | 0.0 (±0.1) |
| 70 | 160,087 | 123,063 | 117,450 (±2,316) | 11.1 (±0.7) | 8.5 (±0.7) | 0.3 (±0.2) | 0.0 (±0.1) | 77.2 (±0.9) | 0.6 (±0.2) | 1.3 (±0.3) | 0.0 (±0.1) | 0.7 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 71 | 172,135 | 117,432 | 110,995 (±2,630) | 11.0 (±1.0) | 9.8 (±1.1) | 0.1 (±0.1) | 0.1 (±0.2) | 75.3 (±1.0) | 0.4 (±0.2) | 2.7 (±0.5) | 0.0 (±0.1) | 0.3 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 72 | 166,924 | 127,097 | 123,650 (±3,017) | 19.0 (±0.9) | 7.6 (±0.8) | 0.1 (±0.1) | 0.1 (±0.1) | 71.2 (±0.7) | 0.4 (±0.2) | 0.9 (±0.2) | 0.1 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 73 | 170,479 | 130,771 | 123,075 (±2,618) | 29.0 (±1.3) | 4.3 (±0.5) | 0.2 (±0.1) | 0.0 (±0.1) | 64.6 (±0.8) | 0.4 (±0.2) | 0.8 (±0.2) | 0.0 (±0.1) | 0.7 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) |
| 74 | 166,719 | 127,882 | 126,130 (±2,865) | 17.2 (±1.1) | 1.4 (±0.3) | 0.1 (±0.1) | 0.0 (±0.1) | 79.7 (±0.9) | 0.1 (±0.1) | 0.6 (±0.2) | 0.0 (±0.1) | 0.7 (±0.2) | 0.2 (±0.1) | 0.1 (±0.1) |
| 75 | 162,357 | 115,236 | 91,345 (±2,485) | 71.7 (±1.5) | 2.2 (±0.4) | 0.1 (±0.1) | 0.0 (±0.2) | 24.6 (±1.0) | 0.8 (±0.3) | 0.2 (±0.2) | 0.0 (±0.2) | 0.6 (±0.2) | 0.1 (±0.1) | 0.0 (±0.2) |
| 76 | 159,691 | 103,209 | 77,455 (±2,689) | 88.4 (±1.4) | 1.3 (±0.5) | 0.1 (±0.2) | 0.0 (±0.2) | 8.9 (±1.2) | 0.5 (±0.3) | 0.4 (±0.3) | 0.0 (±0.2) | 0.6 (±0.2) | 0.1 (±0.1) | 0.1 (±0.2) |
| 77 | 159,752 | 116,389 | 94,705 (±2,507) | 84.6 (±1.1) | 3.3 (±0.6) | 0.1 (±0.2) | 0.1 (±0.2) | 11.2 (±0.9) | 0.2 (±0.2) | 0.4 (±0.3) | 0.0 (±0.2) | 0.5 (±0.2) | 0.0 (±0.1) | 0.1 (±0.2) |
| 78 | 160,385 | 115,924 | 90,830 (±2,529) | 70.2 (±1.6) | 3.8 (±0.5) | 0.2 (±0.2) | 0.0 (±0.2) | 22.9 (±1.0) | 0.4 (±0.2) | 1.5 (±0.4) | 0.1 (±0.2) | 0.4 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) |
| 79 | 160,161 | 111,913 | 98,925 (±2,476) | 59.4 (±1.5) | 5.7 (±0.7) | 0.3 (±0.2) | 0.0 (±0.2) | 31.6 (±1.3) | 0.3 (±0.2) | 1.8 (±0.4) | 0.1 (±0.2) | 0.5 (±0.2) | 0.1 (±0.1) | 0.2 (±0.2) |
| 80 | 160,658 | 112,399 | 98,435 (±2,776) | 77.8 (±1.5) | 3.4 (±0.5) | 0.1 (±0.1) | 0.1 (±0.2) | 17.0 (±1.0) | 0.4 (±0.2) | 0.8 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) | 0.2 (±0.2) | 0.1 (±0.1) |
| 81 | 161,949 | 106,402 | 86,650 (±2,847) | 83.3 (±1.4) | 1.0 (±0.3) | 0.1 (±0.2) | 0.0 (±0.1) | 15.5 (±1.1) | 0.1 (±0.1) | 0.1 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) | 0.0 (±0.1) |
| | 169,684 | 120,535 | 108,980 (±2,590) | 42.3 (±1.4) | 4.1 (±0.6) | 0.1 (±0.2) | 0.0 (±0.1) | 51.8 (±1.2) | 0.3 (±0.2) | 0.6 (±0.2) | 0.0 (±0.1) | 0.6 (±0.2) | 0.0 (±0.1) | 0.1 (±0.2) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. All block groups with more than 50% of the population in a district are included in the

Red-116
Data: 2009-2013 ACS; 2010 Census
PLANH358  06/21/2013 1:29:25 PM

American Community Survey Special Tabulation
HOUSE DISTRICTS - PLANH358

Texas Legislative Council
02/16/15 11:27 AM
Page 1 of 1

Special Tabulation of Citizen Voting Age Population (CVAP) from the 2009-2013 American Community Survey with Margins of Error

| District | 2010 Census Total | 2010 Census VAP | CVAP | Hispanic CVAP % Hispanic | Not Hispanic or Latino Citizen Voting Age Population (CVAP) % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | % Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | 163,234 | 118,623 | 113,415 (±2,760) | 32.3 (±1.5) | 6.4 (±0.7) | 0.2 (±0.2) | 0.1 (±0.1) | 59.3 (±1.1) | 0.4 (±0.2) | 0.8 (±0.3) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 83 | 173,918 | 127,906 | 123,330 (±2,602) | 26.5 (±1.2) | 4.1 (±0.4) | 0.3 (±0.2) | 0.0 (±0.1) | 67.1 (±1.0) | 0.4 (±0.2) | 0.9 (±0.3) | 0.0 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.0 (±0.1) |
| 84 | 167,970 | 138,898 | 124,075 (±3,073) | 29.7 (±1.4) | 8.7 (±0.7) | 0.2 (±0.2) | 0.1 (±0.1) | 58.7 (±1.3) | 0.3 (±0.1) | 1.3 (±0.3) | 0.1 (±0.1) | 0.3 (±0.1) | 0.2 (±0.1) | 0.3 (±0.2) |
| 85 | 160,182 | 113,433 | 102,620 (±2,716) | 28.7 (±1.6) | 14.6 (±1.1) | 0.2 (±0.2) | 0.1 (±0.1) | 48.3 (±1.3) | 0.2 (±0.2) | 7.6 (±0.8) | 0.0 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.2 (±0.2) |
| 86 | 165,183 | 121,555 | 115,915 (±2,397) | 19.7 (±1.1) | 2.1 (±0.3) | 0.1 (±0.1) | 0.0 (±0.1) | 76.4 (±0.8) | 0.4 (±0.2) | 0.8 (±0.2) | 0.1 (±0.1) | 0.5 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 87 | 174,343 | 125,360 | 109,320 (±2,225) | 23.7 (±1.2) | 7.8 (±0.7) | 0.3 (±0.2) | 0.2 (±0.2) | 65.0 (±0.9) | 0.7 (±0.3) | 1.6 (±0.3) | 0.1 (±0.1) | 0.5 (±0.2) | 0.1 (±0.2) | 0.1 (±0.1) |
| 88 | 160,896 | 115,622 | 103,670 (±2,034) | 33.3 (±1.2) | 3.8 (±0.4) | 0.1 (±0.2) | 0.2 (±0.2) | 60.9 (±0.7) | 0.4 (±0.2) | 0.4 (±0.2) | 0.0 (±0.1) | 0.8 (±0.2) | 0.0 (±0.1) | 0.0 (±0.1) |
| 89 | 172,138 | 118,380 | 116,895 (±2,992) | 9.3 (±0.8) | 9.5 (±1.2) | 0.2 (±0.1) | 0.0 (±0.1) | 72.4 (±1.2) | 0.3 (±0.2) | 7.5 (±0.9) | 0.0 (±0.1) | 0.3 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 90 | 159,684 | 105,664 | 71,770 (±2,274) | 52.1 (±1.8) | 18.6 (±1.4) | 0.1 (±0.1) | 0.1 (±0.2) | 27.9 (±1.2) | 0.3 (±0.2) | 0.5 (±0.3) | 0.0 (±0.1) | 0.6 (±0.2) | 0.1 (±0.1) | 0.1 (±0.2) |
| 91 | 162,838 | 119,048 | 108,845 (±2,647) | 13.0 (±1.1) | 5.0 (±0.8) | 0.2 (±0.2) | 0.1 (±0.3) | 75.9 (±1.0) | 0.5 (±0.3) | 4.2 (±0.6) | 0.1 (±0.2) | 0.6 (±0.2) | 0.3 (±0.2) | 0.1 (±0.2) |
| 92 | 162,326 | 126,290 | 116,980 (±2,548) | 11.5 (±1.0) | 11.3 (±1.0) | 0.3 (±0.2) | 0.0 (±0.1) | 70.3 (±1.0) | 0.2 (±0.1) | 4.6 (±0.6) | 0.6 (±0.3) | 0.5 (±0.2) | 0.4 (±0.2) | 0.2 (±0.2) |
| 93 | 162,161 | 113,584 | 103,455 (±3,090) | 16.6 (±1.3) | 13.0 (±1.2) | 0.2 (±0.2) | 0.1 (±0.1) | 64.1 (±1.5) | 0.5 (±0.2) | 4.1 (±0.6) | 0.3 (±0.2) | 0.5 (±0.2) | 0.3 (±0.2) | 0.2 (±0.3) |
| 94 | 167,374 | 125,516 | 114,195 (±2,455) | 11.4 (±0.9) | 12.6 (±1.0) | 0.2 (±0.2) | 0.0 (±0.1) | 69.8 (±1.0) | 0.6 (±0.2) | 4.4 (±0.6) | 0.0 (±0.1) | 0.5 (±0.2) | 0.3 (±0.2) | 0.2 (±0.1) |
| 95 | 161,634 | 115,752 | 96,150 (±2,408) | 14.7 (±1.0) | 49.4 (±1.6) | 0.2 (±0.2) | 0.2 (±0.2) | 32.9 (±1.1) | 0.4 (±0.2) | 1.3 (±0.4) | 0.2 (±0.2) | 0.4 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) |
| 96 | 164,930 | 125,360 | 109,035 (±2,811) | 11.1 (±0.9) | 18.7 (±1.4) | 0.3 (±0.2) | 0.1 (±0.1) | 65.5 (±1.2) | 0.2 (±0.2) | 3.1 (±0.3) | 0.2 (±0.3) | 0.4 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 97 | 168,869 | 131,311 | 122,870 (±2,732) | 12.4 (±1.0) | 13.4 (±1.1) | 0.2 (±0.2) | 0.1 (±0.1) | 70.5 (±0.8) | 0.3 (±0.2) | 2.5 (±0.5) | 0.0 (±0.1) | 0.3 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 98 | 164,081 | 114,953 | 114,875 (±2,600) | 7.5 (±0.9) | 2.7 (±0.5) | 0.1 (±0.1) | 0.1 (±0.1) | 83.7 (±0.7) | 0.4 (±0.2) | 4.2 (±0.6) | 0.1 (±0.1) | 0.7 (±0.3) | 0.3 (±0.1) | 0.1 (±0.1) |
| 99 | 170,473 | 125,722 | 116,830 (±2,877) | 16.2 (±1.1) | 4.6 (±0.7) | 0.2 (±0.2) | 0.0 (±0.1) | 74.7 (±0.9) | 0.6 (±0.2) | 2.1 (±0.5) | 0.1 (±0.2) | 0.7 (±0.2) | 0.2 (±0.1) | 0.5 (±0.3) |
| 100 | 161,143 | 117,479 | 97,410 (±2,567) | 20.4 (±1.3) | 47.0 (±1.5) | 0.3 (±0.2) | 0.0 (±0.1) | 29.8 (±1.1) | 0.2 (±0.2) | 1.1 (±0.3) | 0.1 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) | 0.3 (±0.3) |
| 101 | 164,664 | 110,209 | 92,990 (±2,870) | 22.2 (±1.7) | 0.6 (±0.3) | 0.1 (±0.1) | 0.3 (±0.3) | 35.5 (±1.4) | 0.3 (±0.2) | 10.9 (±1.2) | 0.1 (±0.1) | 0.2 (±0.2) | 0.4 (±0.2) | 0.4 (±0.3) |
| 102 | 161,136 | 122,520 | 96,850 (±2,335) | 11.7 (±1.1) | 14.4 (±1.1) | 0.2 (±0.2) | 0.1 (±0.2) | 65.0 (±1.0) | 0.2 (±0.2) | 6.8 (±0.7) | 0.2 (±0.2) | 0.6 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 103 | 170,948 | 121,837 | 71,970 (±2,118) | 40.8 (±1.8) | 13.8 (±1.3) | 0.1 (±0.2) | 0.7 (±0.4) | 39.0 (±1.2) | 0.1 (±0.2) | 3.7 (±0.6) | 0.0 (±0.2) | 1.0 (±0.4) | 0.3 (±0.3) | 0.5 (±0.3) |
| 104 | 172,784 | 115,035 | 78,780 (±2,416) | 54.4 (±1.9) | 17.9 (±1.3) | 0.2 (±0.2) | 0.1 (±0.2) | 25.3 (±1.3) | 0.4 (±0.3) | 1.3 (±0.4) | 0.0 (±0.1) | 0.2 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) |
| 105 | 175,728 | 127,590 | 95,900 (±2,538) | 27.3 (±1.6) | 14.8 (±1.1) | 0.2 (±0.2) | 0.1 (±0.2) | 51.1 (±1.2) | 0.4 (±0.3) | 5.5 (±0.7) | 0.0 (±0.2) | 0.3 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) |
| 106 | 161,947 | 110,568 | 107,290 (±2,749) | 9.9 (±1.0) | 8.1 (±1.0) | 0.3 (±0.2) | 0.1 (±0.2) | 76.1 (±1.2) | 0.3 (±0.2) | 4.3 (±0.7) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.2) | 0.1 (±0.1) |
| 107 | 171,872 | 123,986 | 108,045 (±2,691) | 19.5 (±1.3) | 17.4 (±1.4) | 0.2 (±0.2) | 0.2 (±0.2) | 57.9 (±1.1) | 0.3 (±0.2) | 3.6 (±0.5) | 0.0 (±0.1) | 0.6 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 108 | 163,233 | 133,667 | 122,505 (±2,453) | 12.6 (±0.9) | 7.1 (±0.7) | 0.3 (±0.2) | 0.4 (±0.2) | 74.3 (±0.7) | 0.3 (±0.2) | 3.4 (±0.5) | 0.1 (±0.1) | 0.8 (±0.2) | 0.4 (±0.2) | 0.3 (±0.2) |
| 109 | 174,223 | 122,347 | 112,780 (±2,842) | 12.9 (±1.0) | 61.8 (±1.6) | 0.4 (±0.3) | 0.2 (±0.1) | 23.4 (±1.0) | 0.1 (±0.1) | 0.8 (±0.3) | 0.1 (±0.1) | 0.2 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) |
| 110 | 167,508 | 111,827 | 83,885 (±2,610) | 28.6 (±1.7) | 56.0 (±1.7) | 0.2 (±0.2) | 0.2 (±0.2) | 14.6 (±1.0) | 0.1 (±0.1) | 0.3 (±0.3) | 0.0 (±0.2) | 0.1 (±0.1) | 0.0 (±0.2) | 0.1 (±0.2) |
| 111 | 166,963 | 118,393 | 103,410 (±2,784) | 17.0 (±1.3) | 56.6 (±1.6) | 0.2 (±0.2) | 0.1 (±0.1) | 24.2 (±1.1) | 0.1 (±0.1) | 1.4 (±0.4) | 0.0 (±0.1) | 0.1 (±0.1) | 0.1 (±0.2) | 0.3 (±0.2) |
| 112 | 167,051 | 120,192 | 97,965 (±2,668) | 17.3 (±1.4) | 14.0 (±1.2) | 0.3 (±0.2) | 0.1 (±0.1) | 54.9 (±1.2) | 0.3 (±0.2) | 10.0 (±1.1) | 0.1 (±0.1) | 1.5 (±0.4) | 0.2 (±0.2) | 0.3 (±0.2) |
| 113 | 171,418 | 120,834 | 106,040 (±2,701) | 18.0 (±1.3) | 20.0 (±1.3) | 0.4 (±0.3) | 0.5 (±0.2) | 53.5 (±1.3) | 0.3 (±0.1) | 6.4 (±0.8) | 0.1 (±0.1) | 0.5 (±0.2) | 0.1 (±0.2) | 0.1 (±0.1) |
| 114 | 172,330 | 130,817 | 105,540 (±2,278) | 11.4 (±0.9) | 17.1 (±1.2) | 0.0 (±0.1) | 0.2 (±0.2) | 68.2 (±0.7) | 0.3 (±0.2) | 2.0 (±0.4) | 0.1 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) |
| 115 | 171,802 | 127,352 | 100,760 (±2,378) | 16.9 (±1.2) | 11.8 (±1.1) | 0.3 (±0.2) | 0.5 (±0.2) | 58.5 (±1.0) | 0.5 (±0.2) | 11.0 (±0.9) | 0.0 (±0.1) | 0.3 (±0.2) | 0.5 (±0.4) | 0.1 (±0.1) |
| 116 | 171,463 | 132,823 | 115,470 (±2,903) | 58.7 (±1.6) | 5.3 (±0.7) | 0.2 (±0.2) | 0.1 (±0.1) | 32.3 (±1.2) | 0.2 (±0.1) | 2.0 (±0.4) | 0.1 (±0.2) | 0.3 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) |
| 117 | 168,692 | 117,126 | 111,045 (±2,997) | 58.0 (±1.7) | 6.0 (±0.7) | 0.2 (±0.2) | 0.1 (±0.1) | 32.3 (±1.2) | 0.2 (±0.2) | 1.9 (±0.4) | 0.2 (±0.2) | 0.3 (±0.1) | 0.4 (±0.2) | 0.3 (±0.2) |
| 118 | 164,436 | 116,859 | 106,575 (±2,997) | 67.4 (±1.7) | 3.1 (±0.5) | 0.1 (±0.1) | 0.0 (±0.1) | 28.1 (±1.0) | 0.2 (±0.2) | 0.7 (±0.2) | 0.0 (±0.1) | 0.2 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) |
| 119 | 159,981 | 114,477 | 106,465 (±2,745) | 59.5 (±1.6) | 9.6 (±0.9) | 0.2 (±0.2) | 0.1 (±0.1) | 28.5 (±1.1) | 0.2 (±0.2) | 0.9 (±0.2) | 0.0 (±0.1) | 0.6 (±0.3) | 0.2 (±0.2) | 0.1 (±0.1) |
| 120 | 175,132 | 124,829 | 114,810 (±2,965) | 37.9 (±1.6) | 26.5 (±1.2) | 0.5 (±0.3) | 0.4 (±0.3) | 30.6 (±1.1) | 0.3 (±0.2) | 1.9 (±0.4) | 0.3 (±0.3) | 0.3 (±0.2) | 0.2 (±0.2) | 0.6 (±0.2) |
| 121 | 174,867 | 133,224 | 128,905 (±2,866) | 30.0 (±1.3) | 5.7 (±0.7) | 0.3 (±0.2) | 0.0 (±0.1) | 61.0 (±1.1) | 0.3 (±0.2) | 1.7 (±0.4) | 0.2 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) |
| 122 | 175,184 | 128,725 | 124,270 (±2,576) | 26.7 (±1.3) | 3.4 (±0.5) | 0.0 (±0.1) | 0.1 (±0.1) | 64.8 (±1.2) | 0.2 (±0.2) | 3.9 (±0.6) | 0.1 (±0.1) | 0.3 (±0.2) | 0.4 (±0.2) | 0.2 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. All block groups with more than 50% of the population in a district are included in the

Red-116
Data: 2009-2013 ACS; 2010 Census
PLANH358 06/21/2013 1:29:25 PM

American Community Survey Special Tabulation
HOUSE DISTRICTS - PLANH358

Texas Legislative Council
02/16/15 11:27 AM
Page 1 of 1

Special Tabulation of Citizen Voting Age Population (CVAP) from the 2009-2013 American Community Survey with Margins of Error

| District | 2010 Census Total | VAP | Hispanic CVAP | % Hispanic | % Black Alone | % Black + White | % Black + American Indian | % White Alone | % American Indian Alone | % Asian Alone | % Native Hawaiian Alone | % American Indian + White | % Asian + White | % Remainder 2 or More Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 175,674 | 135,763 | 119,930 (±2,981) | 63.9 (±1.4) | 4.0 (±0.6) | 0.1 (±0.1) | 0.0 (±0.1) | 30.6 (±1.1) | 0.2 (±0.2) | 0.8 (±0.2) | 0.0 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) | 0.1 (±0.2) |
| 124 | 174,795 | 120,503 | 115,090 (±3,161) | 63.8 (±1.7) | 8.1 (±1.0) | 0.3 (±0.2) | 0.0 (±0.1) | 24.8 (±1.1) | 0.2 (±0.1) | 2.0 (±0.4) | 0.0 (±0.1) | 0.3 (±0.2) | 0.4 (±0.2) | 0.1 (±0.1) |
| 125 | 174,549 | 125,158 | 115,800 (±2,763) | 65.9 (±1.5) | 4.9 (±0.7) | 0.2 (±0.2) | 0.1 (±0.1) | 26.3 (±1.0) | 0.1 (±0.1) | 1.8 (±0.4) | 0.0 (±0.1) | 0.2 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) |
| 126 | 169,256 | 123,014 | 99,335 (±2,751) | 19.8 (±1.5) | 17.4 (±1.3) | 0.1 (±0.1) | 0.0 (±0.1) | 51.8 (±1.3) | 0.4 (±0.3) | 9.6 (±0.9) | 0.0 (±0.1) | 0.4 (±0.2) | 0.3 (±0.2) | 0.1 (±0.2) |
| 127 | 163,983 | 115,865 | 114,290 (±2,879) | 15.7 (±1.2) | 13.5 (±1.3) | 0.2 (±0.2) | 0.1 (±0.1) | 67.1 (±1.2) | 0.2 (±0.2) | 2.1 (±0.4) | 0.3 (±0.3) | 0.4 (±0.2) | 0.3 (±0.2) | 0.1 (±0.1) |
| 128 | 172,221 | 124,645 | 116,020 (±2,888) | 19.9 (±1.3) | 10.4 (±1.1) | 0.2 (±0.2) | 0.0 (±0.1) | 66.4 (±1.1) | 0.6 (±0.2) | 1.7 (±0.4) | 0.0 (±0.1) | 0.6 (±0.3) | 0.1 (±0.1) | 0.1 (±0.1) |
| 129 | 174,127 | 130,457 | 121,280 (±2,930) | 18.2 (±1.3) | 8.9 (±1.0) | 0.3 (±0.2) | 0.1 (±0.1) | 62.9 (±1.0) | 0.3 (±0.2) | 8.3 (±1.0) | 0.1 (±0.1) | 0.4 (±0.2) | 0.4 (±0.2) | 0.2 (±0.1) |
| 130 | 175,532 | 122,108 | 119,770 (±2,847) | 14.9 (±1.3) | 7.7 (±0.9) | 0.1 (±0.1) | 0.0 (±0.1) | 71.6 (±1.2) | 0.3 (±0.2) | 4.7 (±0.6) | 0.0 (±0.1) | 0.4 (±0.2) | 0.1 (±0.1) | 0.1 (±0.1) |
| 131 | 175,227 | 121,368 | 93,535 (±2,983) | 24.8 (±1.7) | 54.5 (±2.0) | 0.3 (±0.2) | 0.1 (±0.2) | 13.2 (±1.0) | 0.2 (±0.2) | 6.2 (±0.8) | 0.0 (±0.1) | 0.1 (±0.2) | 0.3 (±0.2) | 0.2 (±0.2) |
| 132 | 172,973 | 117,666 | 109,150 (±3,154) | 26.3 (±1.8) | 14.7 (±1.4) | 0.1 (±0.2) | 0.1 (±0.1) | 52.4 (±1.2) | 0.2 (±0.1) | 5.2 (±0.8) | 0.0 (±0.1) | 0.4 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) |
| 133 | 171,401 | 135,423 | 114,530 (±2,796) | 12.2 (±1.1) | 9.6 (±1.2) | 0.2 (±0.2) | 0.0 (±0.1) | 70.2 (±0.7) | 0.3 (±0.2) | 6.3 (±0.7) | 0.1 (±0.2) | 0.6 (±0.3) | 0.3 (±0.2) | 0.1 (±0.1) |
| 134 | 174,421 | 143,575 | 130,040 (±2,586) | 11.4 (±0.9) | 4.8 (±0.6) | 0.1 (±0.1) | 0.0 (±0.1) | 74.7 (±0.8) | 0.2 (±0.1) | 8.0 (±0.7) | 0.0 (±0.1) | 0.2 (±0.2) | 0.3 (±0.2) | 0.3 (±0.2) |
| 135 | 172,422 | 121,136 | 99,750 (±2,933) | 21.3 (±1.6) | 17.5 (±1.5) | 0.3 (±0.3) | 0.0 (±0.1) | 50.0 (±1.4) | 0.1 (±0.1) | 10.1 (±1.1) | 0.0 (±0.1) | 0.2 (±0.2) | 0.2 (±0.2) | 0.1 (±0.1) |
| 136 | 164,376 | 116,361 | 113,740 (±2,738) | 15.4 (±1.1) | 5.1 (±0.8) | 0.2 (±0.2) | 0.0 (±0.1) | 72.8 (±1.2) | 0.2 (±0.1) | 4.9 (±0.6) | 0.0 (±0.1) | 0.5 (±0.2) | 0.6 (±0.2) | 0.3 (±0.2) |
| 137 | 171,079 | 127,834 | 64,375 (±2,377) | 25.8 (±1.9) | 30.1 (±2.1) | 0.3 (±0.3) | 0.1 (±0.2) | 32.5 (±1.5) | 0.4 (±0.3) | 9.8 (±1.1) | 0.0 (±0.2) | 0.2 (±0.2) | 0.5 (±0.3) | 0.2 (±0.2) |
| 138 | 173,059 | 124,435 | 98,420 (±2,701) | 28.0 (±1.6) | 10.9 (±1.3) | 0.1 (±0.1) | 0.0 (±0.1) | 50.3 (±1.3) | 0.2 (±0.2) | 9.7 (±1.0) | 0.1 (±0.1) | 0.3 (±0.2) | 0.4 (±0.3) | 0.4 (±0.3) |
| 139 | 175,733 | 123,875 | 100,540 (±2,776) | 23.8 (±1.6) | 49.7 (±1.6) | 0.1 (±0.1) | 0.1 (±0.1) | 21.6 (±1.0) | 0.1 (±0.1) | 4.1 (±0.6) | 0.0 (±0.1) | 0.2 (±0.2) | 0.1 (±0.1) | 0.2 (±0.2) |
| 140 | 170,732 | 112,332 | 69,415 (±2,552) | 62.4 (±2.2) | 17.0 (±1.5) | 0.1 (±0.2) | 0.1 (±0.1) | 17.2 (±1.2) | 0.3 (±0.3) | 2.8 (±0.8) | 0.0 (±0.2) | 0.1 (±0.2) | 0.0 (±0.2) | 0.0 (±0.2) |
| 141 | 166,498 | 113,951 | 92,390 (±2,829) | 21.0 (±1.4) | 62.5 (±1.6) | 0.4 (±0.3) | 0.2 (±0.2) | 13.5 (±1.2) | 0.2 (±0.2) | 1.6 (±0.4) | 0.3 (±0.4) | 0.1 (±0.1) | 0.1 (±0.1) | 0.2 (±0.2) |
| 142 | 159,541 | 113,288 | 91,845 (±2,711) | 26.2 (±1.7) | 50.6 (±1.6) | 0.2 (±0.2) | 0.1 (±0.2) | 20.3 (±1.1) | 0.3 (±0.2) | 2.1 (±0.5) | 0.0 (±0.1) | 0.1 (±0.1) | 0.1 (±0.1) | 0.2 (±0.1) |
| 143 | 167,215 | 113,877 | 84,625 (±2,678) | 56.5 (±1.9) | 18.0 (±1.3) | 0.2 (±0.2) | 0.1 (±0.2) | 23.7 (±1.6) | 0.1 (±0.2) | 1.0 (±0.4) | 0.0 (±0.1) | 0.2 (±0.2) | 0.2 (±0.2) | 0.1 (±0.2) |
| 144 | 161,859 | 108,509 | 75,785 (±2,295) | 59.1 (±1.8) | 4.4 (±0.7) | 0.0 (±0.2) | 0.1 (±0.2) | 34.9 (±1.4) | 0.4 (±0.3) | 0.5 (±0.3) | 0.1 (±0.2) | 0.3 (±0.2) | 0.1 (±0.2) | 0.1 (±0.2) |
| 145 | 164,574 | 116,918 | 83,645 (±2,505) | 59.3 (±1.8) | 8.4 (±0.9) | 0.2 (±0.2) | 0.0 (±0.2) | 28.4 (±1.3) | 0.1 (±0.2) | 3.1 (±0.6) | 0.1 (±0.2) | 0.3 (±0.3) | 0.1 (±0.2) | 0.1 (±0.2) |
| 146 | 174,485 | 130,444 | 97,195 (±2,715) | 13.1 (±1.1) | 55.6 (±1.7) | 0.2 (±0.2) | 0.1 (±0.2) | 24.7 (±1.1) | 0.3 (±0.2) | 5.0 (±0.6) | 0.1 (±0.2) | 0.2 (±0.2) | 0.2 (±0.2) | 0.5 (±0.3) |
| 147 | 175,873 | 136,034 | 114,905 (±2,933) | 22.7 (±1.3) | 43.4 (±1.3) | 0.1 (±0.1) | 0.1 (±0.2) | 28.9 (±1.0) | 0.1 (±0.1) | 4.3 (±0.6) | 0.0 (±0.1) | 0.2 (±0.2) | 0.1 (±0.1) | 0.2 (±0.2) |
| 148 | 170,811 | 125,873 | 91,615 (±2,800) | 46.8 (±2.0) | 9.7 (±1.2) | 0.0 (±0.2) | 0.0 (±0.2) | 40.1 (±1.1) | 0.3 (±0.2) | 2.4 (±0.4) | 0.0 (±0.2) | 0.1 (±0.2) | 0.2 (±0.2) | 0.3 (±0.2) |
| 149 | 170,702 | 121,535 | 89,230 (±2,957) | 23.4 (±1.5) | 27.7 (±1.9) | 0.1 (±0.1) | 0.2 (±0.2) | 27.0 (±1.4) | 0.2 (±0.2) | 20.4 (±1.3) | 0.1 (±0.2) | 0.2 (±0.2) | 0.5 (±0.2) | 0.2 (±0.2) |
| 150 | 168,735 | 120,462 | 109,725 (±2,754) | 15.4 (±1.2) | 12.7 (±1.1) | 0.3 (±0.2) | 0.2 (±0.2) | 66.0 (±1.2) | 0.1 (±0.1) | 4.7 (±0.6) | 0.1 (±0.1) | 0.2 (±0.2) | 0.2 (±0.1) | 0.1 (±0.1) |

The American Community Survey provided estimated citizen voting age population (CVAP) data at the block group level in a Special Tabulation. All block groups with more than 50% of the population in a district are included in the