A-6

"August 31 2015 INVOICE - Washington Free Beacon.docx"

# INVOICE

**Thomas B. Hofeller, Ph.D.**
6701 Point Vista Circle
Raleigh, NC 27615
(703) 623-0764
TIN: 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

August 31, 2015

Washington Free Beacon
1000 Wilson Boulevard
Suite 2600
Arlington, VA 22209

---

For Services rendered in production of an analysis of the effects of the use of citizen voting age population in redistricting.

| | |
|---|---|
| 16 hours @ $300.00 | $ 4,800.00 |
| Discount per prior agreement | $ 1,800.00 |
| Total Due: | $ 3,000.00 |

_____

Thomas B. Hofeller