A-7

"Map 1 - Texas CVAP Analysis Regions.pdf"

