A-8

"Map 2 - Texas CVAP Analysis Regions.pdf"

## MAP 2 - TEXAS REGIONS
Showing Percentage of a District over or Under Using CVAP

| Region | Percentage |
|---|---|
| S-TX-RGV | -79% |
| El Paso | -41% |
| WEST-TX | 30% |
| BEXAR | 30% |
| AUSTIN | 32% |
| CEN-TX | 18% |
| TARRANT | -32% |
| DALLAS | 6% |
| DFW-SUBURBS | 2% |
| HOU-SUBURBS | -25% |
| HARRIS-CNTY (3) | 16% |
| SE-TX | 27% |
| NE-TX | 15% |