A-9

"Table 1 -ACS Sample Sizes.xlsx"

# TABLE 1
## American Community Survey (ACS)
### Sample Sizes by Year and Type

| Year | Housing Units | | Group Quarters People | | |
| --- | --- | --- | --- | --- | --- |
| | Initial Addresses Selected | Final Interviews | Initial Sample Selected | Actual Interviews | Synthetic Interviews |
| 2013 | 3,551,227 | 2,208,513 | 207,410 | 163,663 | 135,758 |
| 2012 | 3,539,552 | 2,375,715 | 208,551 | 154,182 | 137,086 |
| 2011 | 3,272,520 | 2,128,104 | 204,553 | 148,486 | 150,052 |
| 2010 | 2,899,676 | 1,917,799 | 197,045 | 144,948 | N/A |
| 2009 | 2,897,256 | 1,917,748 | 198,808 | 146,716 | N/A |
| 2008 | 2,894,711 | 1,931,955 | 186,862 | 145,974 | N/A |

Table 1 - Page 1 of 1