A-11

"Table 3 - HCVAP Numbers - Sort by %CVAP Dev.xlsx"

TABLE 3
STATE OF TEXAS
STATE HOUSE OF REPRESENTITIVES
83rd Legislature - 1st Called Session - S.B. 3 (June 2013)
Citizen Voting Age Population Analysis Using American Community Survey
Sorted by Percent CVAP Deviation

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dist | Area of State | Party | Total | VAP | CVAP | PCT Anglo | PCT HCVAP | PCT HVAP | %HVAP - %HCVAP | %HCVAP/ %HVAP | TPOP Deviation | %TPOP Deviation | CVAP Deviation | % CVAP Deviation | % CVAP Dev - % TPOP Dev |
| 49 | Austin Area | D | 167,309 | 144,371 | 130,085 | 73.1 | 14.3 | 21.6 | -7.3 | 66.2 | -328 | -0.20 | 22,103 | 20.47 | 20.66 |
| 134 | Houston | R | 174,421 | 143,575 | 130,040 | 74.7 | 11.0 | 13.3 | -2.3 | 82.6 | 6784 | 4.05 | 22,058 | 20.43 | 16.38 |
| 121 | Bexar | R | 174,867 | 133,224 | 128,905 | 61.0 | 26.7 | 31.4 | -4.6 | 85.2 | 7230 | 4.31 | 20,923 | 19.38 | 15.06 |
| 19 | Southeast TX | R | 171,969 | 131,682 | 128,705 | 82.5 | 3.7 | 6.3 | -2.6 | 58.3 | 4332 | 2.58 | 20,723 | 19.19 | 16.61 |
| 61 | DFW Suburbs | R | 176,054 | 130,782 | 128,065 | 88.5 | 6.0 | 10.6 | -4.6 | 56.9 | 8417 | 5.02 | 20,083 | 18.60 | 13.58 |
| 60 | West Texas | R | 171,429 | 131,870 | 127,825 | 86.9 | 9.2 | 11.8 | -2.6 | 78.0 | 3792 | 2.26 | 19,843 | 18.38 | 16.11 |
| 48 | Austin Area | D | 173,008 | 135,585 | 127,810 | 74.4 | 16.7 | 20.4 | -3.7 | 81.9 | 5371 | 3.20 | 19,828 | 18.36 | 15.16 |
| 18 | Southeast TX | R | 169,888 | 132,877 | 126,560 | 71.3 | 8.1 | 14.2 | -6.1 | 57.0 | 2251 | 1.34 | 18,578 | 17.20 | 15.86 |
| 73 | Bexar | R | 166,719 | 127,882 | 126,130 | 79.7 | 16.6 | 19.8 | -3.3 | 83.6 | -918 | -0.55 | 18,148 | 16.81 | 17.35 |
| 44 | Central Texas | R | 174,451 | 126,713 | 125,720 | 60.9 | 29.7 | 32.7 | -3.0 | 90.9 | 6814 | 4.06 | 17,738 | 16.43 | 12.36 |
| 47 | Austin Area | R | 175,314 | 127,689 | 125,095 | 80.3 | 12.3 | 12.6 | -0.3 | 97.7 | 7677 | 4.58 | 17,113 | 15.85 | 11.27 |
| 2 | Northeast TX | R | 173,869 | 130,806 | 124,825 | 85.1 | 5.5 | 10.0 | -4.5 | 55.2 | 6232 | 3.72 | 16,843 | 15.60 | 11.88 |
| 45 | Austin Area | R | 167,604 | 126,549 | 124,330 | 66.7 | 25.5 | 30.0 | -4.6 | 84.8 | -33 | -0.02 | 16,348 | 15.14 | 15.16 |
| 122 | Bexar | R | 175,184 | 128,725 | 124,270 | 64.8 | 23.4 | 27.8 | -4.3 | 84.4 | 7547 | 4.50 | 16,288 | 15.08 | 10.58 |
| 32 | S Tex RG Valley | R | 167,074 | 126,072 | 124,080 | 46.8 | 44.2 | 45.9 | -1.6 | 96.5 | -563 | -0.34 | 16,098 | 14.91 | 15.24 |
| 84 | West Texas | R | 167,970 | 128,898 | 124,075 | 58.7 | 28.0 | 30.2 | -2.2 | 92.8 | 333 | 0.20 | 16,093 | 14.90 | 14.70 |
| 71 | West Texas | R | 166,924 | 127,097 | 123,650 | 71.2 | 17.9 | 20.1 | -2.1 | 89.4 | -713 | -0.43 | 15,668 | 14.51 | 14.94 |
| 13 | Central Texas | R | 170,617 | 131,129 | 123,515 | 75.2 | 9.5 | 15.9 | -6.4 | 59.7 | 2980 | 1.78 | 15,533 | 14.38 | 12.61 |
| 53 | West Texas | R | 162,897 | 127,381 | 123,515 | 72.2 | 23.1 | 26.8 | -3.7 | 86.3 | -4740 | -2.83 | 15,533 | 14.38 | 17.21 |
| 83 | West Texas | R | 173,918 | 127,906 | 123,330 | 67.1 | 24.9 | 28.1 | -3.2 | 88.8 | 6281 | 3.75 | 15,348 | 14.21 | 10.47 |
| 72 | West Texas | R | 170,479 | 130,771 | 123,075 | 64.6 | 27.6 | 32.3 | -4.8 | 85.3 | 2842 | 1.70 | 15,093 | 13.98 | 12.28 |
| 97 | Tarrent Cnty | R | 168,869 | 130,457 | 122,870 | 70.5 | 9.8 | 15.7 | -5.9 | 62.3 | 1232 | 0.73 | 14,888 | 13.79 | 13.05 |
| 108 | Dallas Cnty | R | 163,233 | 133,667 | 122,505 | 74.3 | 13.6 | 19.5 | -6.0 | 69.4 | -4404 | -2.63 | 14,523 | 13.45 | 16.08 |
| 1 | Northeast TX | R | 165,823 | 125,927 | 122,470 | 75.1 | 3.1 | 5.8 | -2.7 | 53.5 | -1814 | -1.08 | 14,488 | 13.42 | 14.50 |
| 9 | Northeast TX | R | 166,719 | 125,947 | 121,420 | 75.8 | 2.5 | 6.9 | -4.4 | 35.8 | -918 | -0.55 | 13,438 | 12.44 | 12.99 |
| 21 | Southeast TX | R | 172,180 | 130,308 | 121,365 | 82.0 | 5.2 | 9.3 | -4.1 | 55.7 | 4543 | 2.71 | 13,383 | 12.39 | 9.68 |
| 129 | Houston | R | 174,127 | 121,280 | 121,280 | 62.9 | 13.6 | 20.4 | -6.8 | 66.5 | 6490 | 3.87 | 13,298 | 12.32 | 8.44 |
| 25 | Houston Suburbs | R | 174,168 | 129,041 | 121,250 | 62.4 | 20.8 | 27.4 | -6.6 | 75.9 | 6531 | 3.90 | 13,268 | 12.29 | 8.39 |
| 30 | Central Texas | R | 166,022 | 124,729 | 121,220 | 59.0 | 31.8 | 35.2 | -3.4 | 90.4 | -1615 | -0.96 | 13,238 | 12.26 | 13.22 |
| 43 | S Tex RG Valley | R | 169,564 | 124,492 | 120,575 | 35.8 | 57.7 | 59.8 | -2.1 | 96.5 | 1927 | 1.15 | 12,593 | 11.66 | 10.51 |
| 123 | Bexar | D | 175,674 | 135,763 | 119,930 | 30.6 | 62.3 | 66.5 | -4.2 | 93.7 | 8037 | 4.79 | 11,948 | 11.06 | 6.27 |
| 130 | Houston | R | 175,532 | 122,108 | 119,770 | 71.6 | 11.6 | 17.7 | -6.2 | 65.3 | 7895 | 4.71 | 11,788 | 10.92 | 6.21 |
| 11 | Northeast TX | R | 168,699 | 128,086 | 118,640 | 72.2 | 5.7 | 13.9 | -8.3 | 40.6 | 1062 | 0.63 | 10,658 | 9.87 | 9.24 |
| 24 | Houston Suburbs | R | 162,685 | 118,491 | 118,260 | 74.8 | 11.3 | 15.6 | -4.3 | 72.3 | -4952 | -2.95 | 10,278 | 9.52 | 12.47 |

Table 3 - Page 1 of 4

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dist | Area of State | Party | Total | VAP | CVAP | PCT Anglo | PCT HCVAP | PCT HVAP | %HVAP - %HCVAP | %HCVAP/ %HVAP | TPOP Deviation | %TPOP Deviation | CVAP Deviation | % CVAP Deviation | % CVAP Dev - % TPOP Dev |
| 57 | Southeast TX | R | 164,418 | 124,630 | 118,140 | 72.8 | 7.2 | 13.0 | -5.8 | 55.5 | -3219 | -1.92 | 10,158 | 9.41 | 11.33 |
| 58 | Central Texas | R | 169,146 | 123,826 | 118,105 | 84.2 | 8.7 | 14.9 | -6.1 | 58.8 | 1509 | 0.90 | 10,123 | 9.37 | 8.47 |
| 59 | Central Texas | R | 163,609 | 122,193 | 118,030 | 75.9 | 11.4 | 15.6 | -4.2 | 73.1 | -4028 | -2.40 | 10,048 | 9.31 | 11.71 |
| 56 | Central Texas | R | 163,869 | 123,411 | 117,985 | 72.6 | 12.4 | 17.8 | -5.4 | 69.7 | -3768 | -2.25 | 10,003 | 9.26 | 11.51 |
| 4 | DFW Suburbs | R | 168,429 | 123,603 | 117,715 | 81.5 | 6.3 | 11.7 | -5.4 | 53.6 | 792 | 0.47 | 9,733 | 9.01 | 8.54 |
| 62 | Northeast TX | R | 160,023 | 122,203 | 117,530 | 85.0 | 4.2 | 8.6 | -4.4 | 49.0 | -7614 | -4.54 | 9,548 | 8.84 | 13.38 |
| 34 | S Tex RG Valley | D | 173,149 | 125,896 | 117,465 | 28.0 | 64.6 | 67.7 | -3.1 | 95.4 | 5512 | 3.29 | 9,483 | 8.78 | 5.49 |
| 69 | West Texas | R | 160,087 | 123,063 | 117,450 | 77.2 | 9.7 | 12.9 | -3.2 | 75.3 | -7550 | -4.50 | 9,468 | 8.77 | 13.27 |
| 92 | Tarrent Cnty | R | 162,326 | 126,290 | 116,980 | 70.3 | 9.6 | 14.5 | -4.9 | 66.1 | -5311 | -3.17 | 8,998 | 8.33 | 11.50 |
| 89 | DFW Suburbs | R | 172,138 | 118,380 | 116,895 | 72.4 | 8.9 | 13.0 | -4.2 | 68.0 | 4501 | 2.68 | 8,913 | 8.25 | 5.57 |
| 64 | DFW Suburbs | R | 167,588 | 129,175 | 116,875 | 75.0 | 10.1 | 16.6 | -6.5 | 60.8 | -49 | -0.03 | 8,893 | 8.24 | 8.26 |
| 99 | Tarrent Cnty | R | 170,473 | 125,722 | 116,830 | 74.7 | 14.7 | 20.1 | -5.4 | 73.1 | 2836 | 1.69 | 8,848 | 8.19 | 6.50 |
| 15 | Houston Suburbs | R | 167,349 | 120,450 | 116,690 | 81.8 | 7.4 | 13.5 | -6.1 | 55.0 | -288 | -0.17 | 8,708 | 8.06 | 8.24 |
| 55 | Central Texas | R | 162,176 | 119,755 | 116,635 | 64.4 | 14.9 | 19.4 | -4.5 | 76.8 | -5461 | -3.26 | 8,653 | 8.01 | 11.27 |
| 29 | Houston Suburbs | R | 175,700 | 124,171 | 116,165 | 57.5 | 17.4 | 23.2 | -5.8 | 74.9 | 8063 | 4.81 | 8,183 | 7.58 | 2.77 |
| 128 | Houston | R | 172,221 | 124,645 | 116,020 | 66.4 | 17.1 | 25.0 | -7.9 | 68.5 | 4584 | 2.73 | 8,038 | 7.44 | 4.71 |
| 86 | West Texas | R | 165,183 | 121,555 | 115,915 | 76.4 | 16.5 | 22.3 | -5.8 | 73.9 | -2454 | -1.46 | 7,933 | 7.35 | 8.81 |
| 125 | Bexar | D | 174,549 | 125,158 | 115,800 | 26.3 | 64.3 | 69.1 | -4.8 | 93.1 | 6912 | 4.12 | 7,818 | 7.24 | 3.12 |
| 33 | DFW Suburbs | R | 172,135 | 119,518 | 115,655 | 77.9 | 8.5 | 13.5 | -4.9 | 63.5 | 4498 | 2.68 | 7,673 | 7.11 | 4.42 |
| 22 | Southeast TX | D | 161,930 | 122,897 | 115,525 | 37.0 | 7.7 | 15.7 | -8.0 | 49.0 | -5707 | -3.40 | 7,543 | 6.99 | 10.39 |
| 116 | Bexar | D | 171,463 | 132,823 | 115,470 | 32.3 | 57.1 | 59.9 | -2.8 | 95.3 | 3826 | 2.28 | 7,488 | 6.93 | 4.65 |
| 20 | Central Texas | R | 159,816 | 121,754 | 115,395 | 82.8 | 10.3 | 16.6 | -6.2 | 62.4 | -7821 | -4.67 | 7,413 | 6.87 | 11.53 |
| 124 | Bexar | D | 174,795 | 120,503 | 115,090 | 24.8 | 62.4 | 66.0 | -3.6 | 94.6 | 7158 | 4.27 | 7,108 | 6.58 | 2.31 |
| 147 | Houston | D | 175,873 | 136,034 | 114,905 | 28.9 | 18.4 | 31.2 | -12.8 | 59.0 | 8236 | 4.91 | 6,923 | 6.41 | 1.50 |
| 98 | Tarrent Cnty. | R | 164,081 | 114,953 | 114,875 | 83.7 | 6.7 | 9.8 | -3.1 | 68.8 | -3556 | -2.12 | 6,893 | 6.38 | 8.50 |
| 120 | Bexar | D | 175,132 | 124,829 | 114,810 | 30.6 | 34.1 | 42.2 | -8.1 | 80.9 | 7495 | 4.47 | 6,828 | 6.32 | 1.85 |
| 133 | Houston | R | 171,401 | 135,423 | 114,530 | 70.2 | 9.5 | 14.7 | -5.2 | 64.6 | 3764 | 2.25 | 6,548 | 6.06 | 3.82 |
| 14 | Central Texas | R | 163,187 | 131,479 | 114,485 | 68.6 | 14.1 | 21.0 | -6.9 | 67.2 | -4450 | -2.65 | 6,503 | 6.02 | 8.68 |
| 8 | Central Texas | R | 161,098 | 123,550 | 114,450 | 72.1 | 8.8 | 15.4 | -6.6 | 57.0 | -6539 | -3.90 | 6,468 | 5.99 | 9.89 |
| 127 | Houston | R | 163,983 | 115,865 | 114,290 | 67.1 | 12.4 | 18.1 | -5.7 | 68.6 | -3654 | -2.18 | 6,308 | 5.84 | 8.02 |
| 94 | Tarrent Cnty | R | 167,374 | 125,516 | 114,195 | 69.8 | 10.2 | 15.3 | -5.2 | 66.3 | -263 | -0.16 | 6,213 | 5.75 | 5.91 |
| 136 | Austin Area | R | 164,376 | 116,361 | 113,740 | 72.8 | 12.9 | 16.3 | -3.4 | 79.1 | -3261 | -1.95 | 5,758 | 5.33 | 7.28 |
| 63 | DFW Suburbs | R | 167,337 | 115,634 | 113,605 | 80.8 | 8.0 | 13.1 | -5.1 | 61.2 | -300 | -0.18 | 5,623 | 5.21 | 5.39 |
| 82 | West Texas | R | 163,234 | 118,623 | 113,415 | 59.3 | 28.6 | 35.2 | -6.6 | 81.2 | -4403 | -2.63 | 5,433 | 5.03 | 7.66 |
| 66 | DFW Suburbs | R | 172,129 | 130,796 | 113,390 | 69.7 | 6.0 | 9.1 | -3.1 | 65.8 | 4492 | 2.68 | 5,408 | 5.01 | 2.33 |
| 109 | Dallas Cnty | D | 174,223 | 122,347 | 112,780 | 23.4 | 11.4 | 20.0 | -8.6 | 57.0 | 6386 | 3.93 | 4,798 | 4.44 | 0.51 |
| 68 | West Texas | R | 160,508 | 121,547 | 112,760 | 80.9 | 12.8 | 18.5 | -5.7 | 69.1 | -7129 | -4.25 | 4,778 | 4.42 | 8.68 |
| 5 | Northeast TX | R | 160,253 | 120,169 | 112,555 | 78.8 | 5.2 | 13.2 | -7.9 | 39.8 | -7384 | -4.40 | 4,573 | 4.23 | 8.64 |
| 54 | Central Texas | R | 167,736 | 117,164 | 112,385 | 51.6 | 15.8 | 17.6 | -1.9 | 89.5 | 99 | 0.06 | 4,403 | 4.08 | 4.02 |
| 7 | Northeast TX | R | 161,039 | 120,296 | 112,255 | 74.7 | 3.9 | 11.2 | -7.3 | 34.9 | -6598 | -3.94 | 4,273 | 3.96 | 7.89 |

Table 3 - Page 2 of 4

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dist | Area of State | Party | Total | VAP | CVAP | PCT Anglo | PCT HCVAP | PCT HVAP | %HVAP - %HCVAP | %HCVAP/ %HVAP | TPOP Deviation | %TPOP Deviation | CVAP Deviation | % CVAP Deviation | % CVAP Dev - % TPOP Dev |
| 17 | Central Texas | R | 163,480 | 121,295 | 112,125 | 61.1 | 27.0 | 33.4 | -6.4 | 80.9 | -4157 | -2.48 | 4,143 | 3.84 | 6.32 |
| 23 | Houston Suburbs | R | 163,720 | 123,736 | 111,960 | 59.8 | 16.6 | 22.7 | -6.1 | 73.2 | -3917 | -2.34 | 3,978 | 3.68 | 6.02 |
| 10 | DFW Suburbs | R | 163,063 | 116,978 | 111,680 | 75.6 | 13.1 | 18.7 | -5.5 | 70.4 | -4574 | -2.73 | 3,698 | 3.42 | 6.15 |
| 12 | Central Texas | R | 160,573 | 119,556 | 111,590 | 64.4 | 11.8 | 19.5 | -7.7 | 60.6 | -7064 | -4.21 | 3,608 | 3.34 | 7.56 |
| 52 | Austin Area | R | 165,994 | 114,146 | 111,445 | 62.8 | 19.6 | 26.7 | -7.1 | 73.5 | -1643 | -0.98 | 3,463 | 3.21 | 4.19 |
| 67 | DFW Suburbs | R | 172,141 | 126,368 | 111,250 | 70.1 | 7.5 | 13.9 | -6.4 | 54.0 | 4504 | 2.69 | 3,268 | 3.03 | 0.34 |
| 117 | Bexar | R | 168,692 | 117,126 | 111,045 | 32.3 | 60.9 | 58.8 | 2.1 | 103.6 | 1055 | 0.63 | 3,063 | 2.84 | 2.21 |
| 70 | DFW Suburbs | R | 172,135 | 117,432 | 110,995 | 75.3 | 10.0 | 15.9 | -5.9 | 62.9 | 4498 | 2.68 | 3,013 | 2.79 | 0.11 |
| 50 | Austin Area | D | 166,516 | 124,252 | 110,735 | 57.5 | 17.7 | 25.3 | -7.6 | 69.9 | -1121 | -0.67 | 2,753 | 2.55 | 3.22 |
| 6 | Northeast TX | R | 160,008 | 119,154 | 109,970 | 70.1 | 6.5 | 14.9 | -8.3 | 44.0 | -7629 | -4.55 | 1,988 | 1.84 | 6.39 |
| 3 | Houston Suburbs | R | 164,955 | 119,595 | 109,760 | 75.4 | 9.7 | 20.0 | -10.3 | 48.5 | -2682 | -1.60 | 1,778 | 1.65 | 3.25 |
| 150 | Houston | R | 168,735 | 120,462 | 109,725 | 66.0 | 12.3 | 21.0 | -8.7 | 58.7 | 1098 | 0.65 | 1,743 | 1.61 | 0.96 |
| 65 | DFW Suburbs | R | 165,742 | 124,977 | 109,350 | 62.3 | 9.8 | 18.6 | -8.8 | 52.5 | -1895 | -1.13 | 1,368 | 1.27 | 2.40 |
| 87 | West Texas | R | 174,343 | 125,360 | 109,320 | 65.0 | 21.8 | 29.7 | -7.9 | 73.3 | 6706 | 4.00 | 1,338 | 1.24 | -2.76 |
| 132 | Houston | R | 172,973 | 117,666 | 109,150 | 52.4 | 20.6 | 33.0 | -12.4 | 62.5 | 5336 | 3.18 | 1,168 | 1.08 | -2.10 |
| 96 | Tarrent Cnty | R | 164,930 | 113,924 | 109,035 | 65.5 | 10.1 | 15.2 | -5.1 | 66.5 | -2707 | -1.61 | 1,053 | 0.98 | 2.59 |
| 81 | West Texas | R | 169,684 | 120,535 | 108,980 | 51.8 | 39.0 | 46.9 | -7.9 | 83.2 | 2047 | 1.22 | 998 | 0.92 | -0.30 |
| 91 | Tarrent Cnty | R | 162,838 | 119,048 | 108,845 | 75.9 | 10.9 | 18.2 | -7.2 | 60.2 | -4799 | -2.86 | 863 | 0.80 | 3.66 |
| 16 | Houston Suburbs | R | 166,647 | 122,271 | 108,180 | 80.7 | 9.3 | 21.1 | -11.8 | 44.2 | -990 | -0.59 | 198 | 0.18 | 0.77 |
| 107 | Dallas Cnty | R | 171,872 | 123,986 | 108,045 | 57.9 | 15.6 | 28.9 | -13.4 | 53.8 | 4235 | 2.53 | 63 | 0.06 | -2.47 |
| 106 | DFW Suburbs | R | 161,947 | 110,568 | 107,290 | 76.1 | 8.8 | 14.7 | -5.9 | 60.1 | -5690 | -3.39 | -692 | -0.64 | 2.75 |
| 118 | Bexar | D | 164,436 | 116,859 | 106,575 | 28.1 | 67.1 | 68.7 | -1.6 | 97.6 | -3201 | -1.91 | -1,407 | -1.30 | 0.61 |
| 119 | Bexar | D | 159,981 | 114,477 | 106,465 | 28.5 | 58.3 | 62.7 | -4.4 | 93.0 | -7656 | -4.57 | -1,517 | -1.40 | 3.16 |
| 113 | Dallas Cnty | R | 171,418 | 120,834 | 106,040 | 53.5 | 15.3 | 26.0 | -10.8 | 58.6 | 3781 | 2.26 | -1,942 | -1.80 | -4.05 |
| 114 | Dallas Cnty | R | 172,330 | 130,817 | 105,540 | 68.2 | 11.0 | 24.2 | -13.2 | 45.6 | 4693 | 2.80 | -2,442 | -2.26 | -5.06 |
| 27 | Houston Suburbs | D | 160,084 | 113,596 | 104,295 | 26.2 | 14.8 | 19.7 | -4.8 | 75.4 | -7553 | -4.51 | -3,687 | -3.41 | 1.09 |
| 31 | S Tex RG Valley | D | 171,858 | 121,699 | 104,285 | 23.1 | 73.9 | 77.7 | -3.8 | 95.1 | 4221 | 2.52 | -3,697 | -3.42 | -5.94 |
| 28 | Houston Suburbs | R | 160,373 | 107,968 | 100,995 | 53.3 | 15.6 | 20.6 | -5.0 | 75.8 | -7264 | -4.33 | -6,987 | -6.47 | -2.14 |
| 85 | Houston Suburbs | R | 160,182 | 113,433 | 102,620 | 48.3 | 27.5 | 35.1 | -7.6 | 78.5 | -7455 | -4.45 | -5,362 | -4.97 | -0.52 |
| 111 | Dallas Cnty | D | 166,963 | 118,393 | 103,410 | 24.2 | 15.1 | 25.5 | -10.3 | 59.4 | -674 | -0.40 | -4,572 | -4.23 | -3.83 |
| 93 | Tarrent Cnty | R | 162,161 | 113,584 | 103,455 | 64.1 | 14.8 | 22.8 | -8.0 | 65.0 | -5476 | -3.27 | -4,527 | -4.19 | -0.93 |
| 88 | West Texas | R | 160,896 | 115,622 | 103,670 | 60.9 | 29.4 | 38.9 | -9.5 | 75.7 | -6741 | -4.02 | -4,312 | -3.99 | 0.03 |
| 115 | Dallas Cnty | R | 171,802 | 127,352 | 100,760 | 58.5 | 16.7 | 24.4 | -7.8 | 68.2 | 4165 | 2.48 | -7,222 | -6.69 | -9.17 |
| 139 | Houston | D | 175,733 | 123,875 | 100,540 | 21.6 | 19.0 | 35.8 | -16.7 | 53.2 | 8096 | 4.83 | -7,442 | -6.89 | -11.72 |
| 135 | Houston | R | 172,422 | 121,136 | 99,750 | 50.0 | 18.2 | 28.5 | -10.3 | 64.0 | 4785 | 2.85 | -8,232 | -7.62 | -10.48 |
| 126 | Houston | R | 169,256 | 123,014 | 99,335 | 51.8 | 17.0 | 26.8 | -9.9 | 63.2 | 1619 | 0.97 | -8,647 | -8.01 | -8.97 |
| 78 | El Paso | D | 160,161 | 111,913 | 98,925 | 31.6 | 58.3 | 64.7 | -6.4 | 90.0 | -7476 | -4.46 | -9,057 | -8.39 | -3.93 |
| 79 | El Paso | D | 160,658 | 112,399 | 98,435 | 17.0 | 76.7 | 79.9 | -3.2 | 96.0 | -6979 | -4.16 | -9,547 | -8.84 | -4.68 |
| 138 | Houston | R | 173,059 | 124,435 | 98,420 | 50.3 | 22.3 | 41.3 | -19.0 | 54.0 | 5422 | 3.23 | -9,562 | -8.86 | -12.09 |
| 51 | Austin Area | D | 175,709 | 128,793 | 98,320 | 41.5 | 44.0 | 56.2 | -12.2 | 78.3 | 8072 | 4.82 | -9,662 | -8.95 | -13.76 |

Table 3 - Page 3 of 4

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dist | Area of State | Party | Total | VAP | CVAP | PCT Anglo | PCT HCVAP | PCT HVAP | %HVAP - %HCVAP | %HCVAP/ %HVAP | TPOP Deviation | %TPOP Deviation | CVAP Deviation | % CVAP Deviation | % CVAP Dev - % TPOP Dev |
| 112 | Dallas Cnty | R | 167,051 | 120,192 | 97,965 | 54.9 | 14.8 | 26.3 | -11.5 | 56.4 | -586 | -0.35 | -10,017 | -9.28 | -8.93 |
| 100 | Dallas Cnty | D | 161,143 | 117,479 | 97,410 | 29.8 | 18.3 | 33.1 | -14.8 | 55.2 | -6494 | -3.87 | -10,572 | -9.79 | -5.92 |
| 26 | Houston Suburbs | R | 160,091 | 117,247 | 97,320 | 52.2 | 11.6 | 14.9 | -3.3 | 77.8 | -7546 | -4.50 | -10,662 | -9.87 | -5.37 |
| 146 | Houston | D | 174,485 | 130,444 | 97,195 | 24.7 | 11.2 | 27.3 | -16.1 | 41.0 | 6848 | 4.09 | -10,787 | -9.99 | -14.07 |
| 102 | Dallas Cnty | R | 161,136 | 122,520 | 96,850 | 65.0 | 11.3 | 24.1 | -12.8 | 46.8 | -6501 | -3.88 | -11,132 | -10.31 | -6.43 |
| 95 | Tarrent Cnty | D | 161,634 | 115,752 | 96,150 | 32.9 | 12.9 | 24.3 | -11.4 | 53.0 | -6003 | -3.58 | -11,832 | -10.96 | -7.38 |
| 105 | Dallas Cnty | R | 175,728 | 127,590 | 95,900 | 51.1 | 24.1 | 39.2 | -15.1 | 61.4 | 8091 | 4.83 | -12,082 | -11.19 | -16.02 |
| 76 | El Paso | D | 159,752 | 116,389 | 94,705 | 11.2 | 83.5 | 87.3 | -3.7 | 95.7 | -7885 | -4.70 | -13,277 | -12.30 | -7.59 |
| 46 | Austin Area | D | 166,410 | 118,539 | 94,335 | 41.6 | 24.6 | 41.6 | -16.9 | 59.3 | -1227 | -0.73 | -13,647 | -12.64 | -11.91 |
| 131 | Houston | D | 175,227 | 121,368 | 93,535 | 13.2 | 24.0 | 41.2 | -17.2 | 58.3 | 7590 | 4.53 | -14,447 | -13.38 | -17.91 |
| 101 | Tarrent Cnty | D | 164,664 | 110,209 | 92,990 | 35.5 | 19.7 | 32.5 | -12.8 | 60.6 | -2973 | -1.77 | -14,992 | -13.88 | -12.11 |
| 141 | Houston | D | 166,498 | 113,951 | 92,390 | 13.5 | 18.2 | 37.6 | -19.4 | 48.4 | -1139 | -0.68 | -15,592 | -14.44 | -13.76 |
| 38 | S Tex RG Valley | D | 168,214 | 110,865 | 92,195 | 13.5 | 80.2 | 86.7 | -6.4 | 92.6 | 577 | 0.34 | -15,787 | -14.62 | -14.96 |
| 142 | Houston | D | 159,541 | 113,288 | 91,845 | 20.3 | 21.3 | 35.0 | -13.7 | 60.8 | -8096 | -4.83 | -16,137 | -14.94 | -10.11 |
| 148 | Houston | D | 170,811 | 125,873 | 91,615 | 40.1 | 43.5 | 61.1 | -17.6 | 71.2 | 3174 | 1.89 | -16,367 | -15.16 | -17.05 |
| 74 | S Tex RG Valley | D | 162,357 | 115,236 | 91,345 | 24.6 | 69.4 | 76.6 | -7.3 | 90.5 | -5280 | -3.15 | -16,637 | -15.41 | -12.26 |
| 77 | El Paso | D | 160,385 | 115,924 | 90,830 | 22.9 | 69.6 | 76.0 | -6.4 | 91.6 | -7252 | -4.33 | -17,152 | -15.88 | -11.56 |
| 149 | Houston | D | 170,702 | 121,535 | 89,230 | 27.0 | 19.1 | 33.8 | -14.7 | 56.6 | 3065 | 1.83 | -18,752 | -17.37 | -19.19 |
| 41 | S Tex RG Valley | D | 168,776 | 115,033 | 88,365 | 17.9 | 75.7 | 80.4 | -4.6 | 94.2 | 1139 | 0.68 | -19,617 | -18.17 | -18.85 |
| 80 | S Tex RG Valley | D | 161,949 | 106,402 | 86,650 | 15.5 | 78.7 | 86.1 | -7.4 | 91.4 | -5688 | -3.39 | -21,332 | -19.76 | -16.36 |
| 39 | S Tex RG Valley | D | 168,659 | 110,751 | 85,015 | 14.6 | 78.9 | 88.0 | -9.1 | 89.7 | 1022 | 0.61 | -22,967 | -21.27 | -21.88 |
| 143 | Houston | D | 167,215 | 113,877 | 84,625 | 23.7 | 53.0 | 69.4 | -16.4 | 76.4 | -422 | -0.25 | -23,357 | -21.63 | -21.38 |
| 42 | S Tex RG Valley | D | 167,668 | 111,699 | 84,125 | 5.4 | 91.2 | 95.0 | -3.9 | 95.9 | 31 | 0.02 | -23,857 | -22.09 | -22.11 |
| 110 | Dallas Cnty | D | 167,508 | 111,827 | 83,885 | 14.6 | 24.9 | 45.5 | -20.6 | 54.7 | -129 | -0.08 | -24,097 | -22.32 | -22.24 |
| 145 | Houston | D | 164,574 | 116,918 | 83,645 | 28.4 | 55.6 | 69.8 | -14.2 | 79.7 | -3063 | -1.83 | -24,337 | -22.54 | -20.71 |
| 40 | S Tex RG Valley | D | 168,662 | 108,086 | 79,875 | 8.2 | 88.4 | 92.1 | -3.8 | 95.9 | 1025 | 0.61 | -28,107 | -26.03 | -26.64 |
| 37 | S Tex RG Valley | D | 169,088 | 113,454 | 78,885 | 15.5 | 81.5 | 87.1 | -5.6 | 93.6 | 1451 | 0.87 | -29,097 | -26.95 | -27.81 |
| 104 | Dallas Cnty | D | 172,784 | 115,035 | 78,780 | 25.3 | 51.7 | 69.2 | -17.5 | 74.7 | 5147 | 3.07 | -29,202 | -27.04 | -30.11 |
| 35 | S Tex RG Valley | D | 168,627 | 109,154 | 77,585 | 18.6 | 78.9 | 85.1 | -6.2 | 92.7 | 990 | 0.59 | -30,397 | -28.15 | -28.74 |
| 75 | El Paso | D | 159,691 | 103,209 | 77,455 | 8.9 | 89.0 | 91.8 | -2.8 | 97.0 | -7946 | -4.74 | -30,527 | -28.27 | -23.53 |
| 36 | S Tex RG Valley | D | 168,963 | 110,963 | 76,060 | 11.9 | 86.0 | 90.8 | -4.8 | 94.7 | 1326 | 0.79 | -31,922 | -29.56 | -30.35 |
| 144 | Houston | D | 161,859 | 108,509 | 75,785 | 34.9 | 50.3 | 69.8 | -19.5 | 72.1 | -5778 | -3.45 | -32,197 | -29.82 | -26.37 |
| 103 | Dallas Cnty | D | 170,948 | 121,837 | 71,970 | 39.0 | 42.7 | 64.3 | -21.7 | 66.3 | 3311 | 1.98 | -36,012 | -33.35 | -35.33 |
| 90 | Tarrent Cnty | D | 159,684 | 105,664 | 71,770 | 27.9 | 49.0 | 70.7 | -21.7 | 69.3 | -7953 | -4.74 | -36,212 | -33.54 | -28.79 |
| 140 | Houston | D | 170,732 | 112,332 | 69,415 | 17.2 | 58.5 | 75.8 | -17.2 | 77.3 | 3095 | 1.85 | -38,567 | -35.72 | -37.56 |
| 137 | Houston | D | 171,079 | 127,834 | 64,375 | 32.5 | 22.0 | 51.5 | -29.6 | 42.6 | 3442 | 2.05 | -43,607 | -40.38 | -42.44 |

Note: The Indeal CVAP Population is 107,982. The ideal TPOP Deviation is 167,637.
Source is Texas Legislative Council at ftp://ftpgis1.tlc.state.tx.us/PlanH358/Reports/Excel/
Note: CVAP data is from 2010 ACS (2005 through 2009

Table 3 - Page 4 of 4