A-16

"Table 8 - Gain or Loss by Region Using CVAP.xlsx"

## TABLE 8
### Texas Regions Using Whole State House Districts
#### Showing Gain or Loss of Districts Using CVAP as Population Base

| Region of State | Present Districts | Districts Under CVAP | Gain or Loss Under CVAP | Average Pct. Deviation per District |
|---|---|---|---|---|
| Austin and Suburbs | 9 | 9.6 | 0.6 | 6.59 |
| San Antonio and Suburbs | 11 | 11.9 | 0.9 | 8.14 |
| Central Texas | 13 | 14.1 | 1.1 | 8.4 |
| Dallas County | 14 | 12.8 | -1.2 | -8.59 |
| Dallas Suburbs | 12 | 12.7 | 0.7 | 5.94 |
| Tarrant County | 11 | 10.8 | -0.2 | -1.67 |
| Harris County | 24 | 22.1 | -1.9 | -8.11 |
| Houston Suburbs | 11 | 11.2 | 0.2 | 1.66 |
| Northeast Texas | 8 | 8.7 | 0.7 | 8.78 |
| El Paso County | 5 | 4.3 | -0.7 | -14.74 |
| Rio Grande Valley and South Texas | 14 | 12.1 | -1.9 | -13.58 |
| Southeast Texas | 5 | 5.7 | 0.7 | 13.04 |
| West Texas | 13 | 14.1 | 1.1 | 8.78 |
| State Total | 150 | 150.1 | 0.1 |  |

Note: There are small rounding errors.

Table 8 - Page 1 of 1