A-19

"RE Redistricting Article.msg"

**Strickland, Shemaiah**

| | |
|---|---|
| **From:** | Michael Smith <smithmichl@majorityamerica.net> |
| **Sent:** | Thursday, January 7, 2010 8:28 PM |
| **To:** | 'Tom Hofeller - Redistricting'; celticheal@aol.com |
| **Cc:** | ncs-va@msn.com; chapin.fay@mail.house.gov; charlie.black@bksh.com; chip.Lake@mail.house.gov; chip_lake@bellsouth.net; xtahonez@hotmail.com; davella@gopac.org; dwinston@winstongroup.net |
| **Subject:** | RE: Redistricting Article |

I can live with it.

M

**From:** Tom Hofeller - Redistricting [mailto:thofeller@rnchq.org]
**Sent:** Thursday, January 07, 2010 11:49 AM
**To:** celticheal@aol.com
**Cc:** ncs-va@msn.com; chapin.fay@mail.house.gov; charlie.black@bksh.com; chip.Lake@mail.house.gov; chip_lake@bellsouth.net; xtahonez@hotmail.com; davella@gopac.org; dwinston@winstongroup.net
**Subject:** Redistricting Article

FYI. A little slanted, but it touches many of the bases.

Thomas B Hofeller
Redistricting Consultant
Office (202) 863-8816
Cell (703) 623-0764