A-21

"Fwd FR Notice.msg"

# Strickland, Shemaiah

| | |
|---|---|
| **From:** | Christa Jones <xtadjones@hotmail.com> |
| **Sent:** | Wednesday, January 7, 2015 9:04 AM |
| **To:** | Tom Hofeller |
| **Subject:** | Fwd: FR Notice |

This can also be an opportunity to mention citizenship as well.

Sent from my iPhone

Begin forwarded message:

> From: Christa D Jones <xtadjones@hotmail.com>
> Date: January 6, 2015 at 2:47:15 PM EST
> To: Tom Hofeller - Hofeller <celticheal@aol.com>
> Subject: FR Notice
>
> The notice ends on 2/27.  Public comments highly useful in this context.
>
> https://federalregister.gov/a/2014-28247
>

1