A-22

"Reservation at Ramparts Tavern.msg"

# Strickland, Shemaiah

| | |
|---|---|
| **From:** | Christa Jones <xtadjones@hotmail.com> |
| **Sent:** | Friday, April 24, 2015 11:32 AM |
| **To:** | Tom Hofeller |
| **Subject:** | Reservation at Ramparts Tavern |

Let's eat! I reserved a table for 3 at Ramparts Tavern.

When:
Friday, April 24 at 6:30 PM

Address:
1700 Fern Street
Alexandria, VA, 22302
Get directions

This reservation was made through OpenTable. Download the free iPhone app.


Sent from my iPhone