UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBIN KRAVITZ, *et al.*<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*<br><br>*Defendants.* | Civil Action No. 8:18-cv-01041-GJH<br><br>Hon. George J. Hazel |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*<br>*Plaintiffs*,<br>v.<br><br>WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, et al.<br><br>*Defendants*. | Civil Action No. 8:18-cv-01570-GJH<br><br>Hon. George J. Hazel |

**DECLARATION OF SHANKAR DURAISWAMY IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR RULE 60(B)(2) MOTION FOR RELIEF FROM FINAL JUDGMENT & REQUEST FOR INDICATIVE RULING UNDER RULE 62.1(A)**

I, Shankar Duraiswamy, hereby declare and state as follows:

1. I am over the age of eighteen years. I have personal knowledge of the facts set forth herein or believe them to be true based on my experience or upon personal information provided to me by others, and I am competent to testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a June 7, 2019 Memorandum from the Majority Staff of the U.S. House of Representatives Committee on Oversight and Reform summarizing a Congressional interview of Kris Kobach.

1

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of an October 2018 privilege log served by the Department of Justice on Plaintiffs' counsel.

4. Attached hereto as Exhibit 3 is a true and correct copy of an October 23, 2018 email from Department of Justice counsel to myself and other plaintiffs' counsel in this and related Census litigation.

5. Attached hereto as Exhibit 4 is a true and correct copy of the May 17, 2019 deposition of Stephanie Louise Hofeller taken in *Common Cause et al. v. Lewis et al.*, N.C Superior Ct. No. 18-cvs-014001.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 14, 2019                                   /s/ Shankar Duraiswamy_____
                                                                                 Shankar Duraiswamy