UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*<br><br>       *Plaintiffs*,<br>   v.<br><br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*<br>       *Defendants*. | Civil Action No. 8:18-cv-01041-GJH<br><br><br> Hon. George J. Hazel |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*<br>       *Plaintiffs*,<br>   v.<br><br><br>WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, et al.<br><br>       *Defendants*. | Civil Action No. 8:18-cv-01570-GJH<br><br> Hon. George J. Hazel |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF RECENT FILING**

In an apparent attempt to spook this Court moments before it rules on the merits of Plaintiffs' pending motion, Defendants have submitted a "Notice" attaching an inflammatory filing by defendants in the North Carolina redistricting case which levels various accusations about the conduct of the North Carolina plaintiffs' counsel with regard to Thomas Hofeller's files. The *Kravitz* and *LUPE* Plaintiffs' motion in *this* case, however, arose from the *public* filing of certain of those documents in the New York census citizenship question case, and Defendants have never suggested — nor is there any basis to conclude — that any of the documents on which Plaintiffs in *this* case rely are somehow privileged. If anything, the North Carolina defendants' filing confirms that the documents are indeed what Plaintiffs have stated they are –

1

materials from the files of Thomas Hofeller. Plaintiffs respectfully submit that the North Carolina filing therefore should not affect this Court's determination as to Plaintiffs' pending motion.

Dated: June 19, 2019                                    Respectfully Submitted,

/s/ Daniel Grant (Bar. No. 19659)
/s/ Denise Hulett

**COVINGTON & BURLING LLP**
Shankar Duraiswamy*
José E. Arvelo*
Dustin Cho*
Amee Frodle*
Daniel Grant (Bar. No. 19659)
Bianca Nunes*
Tina M. Thomas*

One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6302
dgrant@cov.com
sduraiswamy@cov.com
jarvelo@cov.com
dcho@cov.com
afrodle@cov.com
bnunes@cov.com
tthomas@cov.com

P. Benjamin Duke*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 8411000
Fax: (212) 841-1010
pbduke@cov.com

Lawrence A. Hobel*
Karun Tilak*

COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Tel: (415) 591-6000
Fax: (415) 591-6091
lhobel@cov.com
ktilak@cov.com

*Attorneys for Kravitz Plaintiffs*


**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz*
Nina Perales *
Denise Hulett*
Andrea Senteno*
Burth G. López (Bar No. 20461)
Tanya G. Pellegrini*
Julia A. Gomez*

1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
tsaenz@maldef.org
nperales@maldef.org
dhulett@maldef.org
asenteno@maldef.org
blopez@maldef.org
tpellegrini@maldef.org
jgomez@maldef.org

*Attorneys for LUPE Plaintiffs*

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang*
Terry Ao Minnis (Bar No. 20547)
Niyati Shah*

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
jyang@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org

nshah@advancingjustice-aajc.org

*Attorneys for LUPE Plaintiffs*

*\*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of June 2019, I caused a copy of the foregoing filing to be sent to all parties receiving CM/ECF notices in this case.

By: */s/ Daniel T. Grant*  
Daniel T. Grant