**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | | |
|---|---|---|
| **ROBYN KRAVITZ,** *et al.*, | * | |
| Plaintiffs, | * | Case No.: GJH-18-1041 |
| v. | * | |
| **UNITED STATES DEPARTMENT OF COMMERCE,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **LA UNIÓN DEL PUEBLO ENTERO,** *et al.*, | * | |
| Plaintiffs, | * | Case No.: GJH-18-1570 |
| v. | * | |
| **WILBUR ROSS,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons to be stated in a forthcoming Memorandum Opinion, it is ordered by the United States District Court for the District of Maryland that Plaintiffs' Request for Indicative Ruling Under Rule 62.1(a), ECF No. 162, is **GRANTED**. The Court concludes that Plaintiffs' Rule 60(b)(2) Motion raises a substantial issue.

It is further ordered that pursuant to Rule 62.1(b), Plaintiffs shall promptly notify the circuit clerk under Federal Rule of Appellate Procedure 12.1 of the Court's decision.

SO ORDERED.

Dated: June 19, 2019 /s/
GEORGE J. HAZEL
United States District Judge