## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*, | Civil Action No. 8:18-cv-01041-GJH |
| *Plaintiffs*, | |
| v. | Hon. George J. Hazel |
| U.S. DEPARTMENT OF COMMERCE, *et. al.*, | |
| *Defendants*. | |
| | |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | Civil Action No. 8:18-cv-01570-GJH |
| *Plaintiffs*, | |
| v. | Hon. George J. Hazel |
| WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce, *et al.*, | |
| *Defendants*. | |

## PLAINTIFFS' EMERGENCY MOTION
## FOR PRELIMINARY INJUNCTION AND INJUNCTION PENDING APPEAL

Plaintiffs hereby move for a preliminary injunction and injunction pending appeal to prevent Defendants from adding a citizenship question to the 2020 Census forms while this Court and the Fourth Circuit are still reviewing Plaintiffs' Equal Protection and 42 U.S.C. § 1985 claims. For the reasons described in the accompanying Memorandum of Law, Plaintiffs have established that (1) they are likely to succeed on the merits of their Equal Protection and § 1985 claims based on the evidence in the trial record and the newly-discovered evidence submitted with Plaintiffs' Rule 60(b) motion; (2) will be irreparably harmed absent an injunction because Defendants have expressed an intent to print Census forms with a citizenship question while the

1

courts are still considering those claims; (3) an injunction would not harm Defendants, because

they can finalize the Census form until October 31 and because the Census Bureau can produce

citizenship data without a citizenship question; and (4) the public interest would not be served by

allowing Defendants to proceed with adding a constitutionally suspect question to the census

form in an effort to moot and thereby prevent a full and fair adjudication of Plaintiffs' claims.

Dated: June 26, 2019                      Respectfully Submitted,


                                          */s/ Daniel Grant (Bar. No. 19659)*
                                          */s/ Denise Hulett*

                                          **MEXICAN AMERICAN LEGAL DEFENSE
                                          AND EDUCATIONAL FUND**
                                          Thomas A. Saenz*
                                          Nina Perales *
                                          Denise Hulett*
                                          Andrea Senteno*
                                          Burth G. López (Bar No. 20461)
                                          Tanya G. Pellegrini*
                                          Julia A. Gomez*

                                          1016 16th Street NW, Suite 100
                                          Washington, DC 20036
                                          Phone: (202) 293-2828
                                          tsaenz@maldef.org
                                          nperales@maldef.org
                                          dhulett@maldef.org
                                          asenteno@maldef.org
                                          blopez@maldef.org
                                          tpellegrini@maldef.org
                                          jgomez@maldef.org

                                          *Attorneys for LUPE Plaintiffs*

                                          **ASIAN AMERICANS ADVANCING JUSTICE |
                                          AAJC**
                                          John C. Yang*
                                          Terry Ao Minnis (Bar No. 20547)
                                          Niyati Shah*

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
jyang@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org

*Attorneys for LUPE Plaintiffs*


**COVINGTON & BURLING LLP**
Shankar Duraiswamy*
José E. Arvelo*
Dustin Cho*
Amee Frodle*
Daniel Grant (Bar. No. 19659)
Bianca Nunes*
Tina M. Thomas*

One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6302
dgrant@cov.com
sduraiswamy@cov.com
jarvelo@cov.com
dcho@cov.com
afrodle@cov.com
bnunes@cov.com
tthomas@cov.com

P. Benjamin Duke*
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 8411000
Fax: (212) 841-1010
pbduke@cov.com

Lawrence A. Hobel*
Karun Tilak*
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533

3

Tel: (415) 591-6000
Fax: (415) 591-6091
lhobel@cov.com
ktilak@cov.com

*Attorneys for Kravitz Plaintiffs*

*\*Admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 26th day of June 2019, I caused a copy of the foregoing document and all accompanying filings to be sent to all parties receiving CM/ECF notices in this case.


By: *<u>/s/ Daniel Grant          </u>*
    Daniel T. Grant