# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, et al. | Civil Action No. 8:18-cv-01041-GJH |
| *Plaintiffs,* | |
| v. | Hon. George J. Hazel |
| U.S. DEPARTMENT OF COMMERCE, *et. al.,* | |
| *Defendants.* | |
| | |
| LA UNIÓN DEL PUEBLO ENTERO; *et al.* | Civil Action No. 8:18-cv-01570-GJH |
| *Plaintiffs,* | |
| v. | Hon. George J. Hazel |
| WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce; *et al.* | |
| *Defendants.* | |

## PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING SCHEDULE ON EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION AND INJUNCTION PENDING APPEAL

Plaintiffs have moved for an injunction preventing Defendants from adding a citizenship question to the 2020 Census forms pending this Court and the Fourth Circuit's final review of Plaintiffs' equal protection and Section 1985 claims.

Plaintiffs hereby move pursuant to Federal Rules of Civil Procedure 6(c)(1)(C), Local Civil Rule 105(2)(a), and the Court's inherent power to manage its docket, for an order requiring Defendants to respond to Plaintiffs' motion on June 27, 2019. Plaintiffs also respectfully request the Court to rule on Plaintiffs' preliminary injunction motion by June 28.

An expedited schedule is necessary and in the interest of justice based on the urgency of the issues and the importance of the decennial Census to the public interest. The facts and procedural history of this case are well known to the parties and the Court. Of particular relevance to Plaintiffs' request, Defendants have indicated that they will proceed with printing the census form with the citizenship question should the Supreme Court vacate the injunction in *Department of Commerce v. State of New York*, No. 18-966 and *Ross v. State of California*, No. 18-1214.[1] *See* June 18 Hr'g Tr. at 106. Defendants' intention of printing census forms while the courts are still considering the equal protection and § 1985 claims, in an effort to moot and thereby prevent the judiciary from ruling on the merits of the claims, would irreparably harm Plaintiffs.

In contrast, a shortened briefing schedule would not harm Defendants. Given their stated intent to rapidly finalize the census questionnaire following the Supreme Court's decision tomorrow, they would not be prejudiced by an expedited resolution of Plaintiffs' motion.

For the foregoing reasons, Plaintiffs respectfully request that this Court issue an order requiring Defendants to respond to Plaintiffs' motion on June 27, and respectfully request that the Court rule on the motion by June 28.

Dated: June 26, 2019                          Respectfully Submitted,

                                              /s/ Daniel Grant (Bar. No. 19659)
                                              /s/ Denise Hulett

---

[1] Defendants have filed a petition for writ of certiorari in the *California* case, which is currently pending before the Supreme Court.

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz*
Nina Perales *
Denise Hulett*
Andrea Senteno*
Burth G. López (Bar No. 20461)
Tanya G. Pellegrini*
Julia A. Gomez*

1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
tsaenz@maldef.org
nperales@maldef.org
dhulett@maldef.org
asenteno@maldef.org
blopez@maldef.org
tpellegrini@maldef.org
jgomez@maldef.org

*Attorneys for LUPE Plaintiffs*

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang*
Terry Ao Minnis (Bar No. 20547)
Niyati Shah*

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
jyang@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org

*Attorneys for LUPE Plaintiffs*

**COVINGTON & BURLING LLP**
Shankar Duraiswamy*
José E. Arvelo*
Dustin Cho*
Amee Frodle*
Daniel Grant (Bar. No. 19659)
Bianca Nunes*
Tina M. Thomas*

3

One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6302
dgrant@cov.com
sduraiswamy@cov.com
jarvelo@cov.com
dcho@cov.com
afrodle@cov.com
bnunes@cov.com
tthomas@cov.com

P. Benjamin Duke*
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 8411000
Fax: (212) 841-1010
pbduke@cov.com

Lawrence A. Hobel*
Karun Tilak*
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Tel: (415) 591-6000
Fax: (415) 591-6091
lhobel@cov.com
ktilak@cov.com

*Attorneys for Kravitz Plaintiffs*

*\*Admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 26th day of June 2019, I caused a copy of the foregoing document and all accompanying filings to be sent to all parties receiving CM/ECF notices in this case.


By: *<u>/s/ Daniel Grant</u>*
     Daniel T. Grant