**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

<table>
<tr><td>

ROBYN KRAVITZ, *et al.*,

        Plaintiffs,

    v.

U.S. DEPARTMENT OF COMMERCE,
*et al.*,

        Defendants.

</td><td>

No. 8:18-cv-1041-GJH

</td></tr>
<tr><td>

LA UNIÓN DEL PUEBLO ENTERO,
*et al.*,

        Plaintiffs,

    v.

WILBUR L. ROSS, in his official capacity as
Secretary of Commerce, *et al.*,

        Defendants.

</td><td>

No. 8:18-cv-1570-GJH

</td></tr>
</table>

## NOTICE

On June 19, 2019, Defendants notified the Court of a recent brief filed by the defendants in *Common Cause, et al. v. David Lewis*, et al., 18-cv-14001 (N.C. Super. Ct.). *See* ECF No. 172. Defendants noted that the plaintiffs in the North Carolina case would have an opportunity to respond. *Id.* at 1–2. They have now done so, and Defendants hereby attach that brief for the Court's awareness. As with the previous North Carolina brief, *id.* at 1, Defendants take no position on the matters addressed in the attached brief and have no knowledge about the assertions and arguments it advances.

DATED: June 28, 2019                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        JAMES M. BURNHAM
                                        Deputy Assistant Attorney General

                                        JOHN R. GRIFFITHS
                                        Director, Federal Programs Branch

                                        JOSHUA E. GARDNER
                                        Special Counsel, Federal Programs Branch

                                        /s/ Stephen Ehrlich_____
                                        GARRETT COYLE
                                        STEPHEN EHRLICH
                                        COURTNEY ENLOW
                                        MARTIN M. TOMLINSON
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Washington, DC  20005
                                        Tel.:  (202) 305-9803
                                        Email:  stephen.ehrlich@usdoj.gov

                                        Counsel for Defendants