212 Arthur Drive Apt. 3A
Thomasville, NC 27360
June 24, 2019

The Honorable George J. Hazel, District Court Judge
6500 Cherrywood Lane
Suite 445A
Greenbelt, MD 20770

Re: Kravitz et al. v U.S. Department of Commerce et al. Case #: 8:18-cv-01041-GJH

Dear Judge Hazel:

This letter is a follow up to my June 21, 2019 letter. The issues remain the same.

**COURT** - My reference letter took the position that challenges involving states should be heard by the Supreme Court. If the defendant has to be the United States per se and not some branch or authority within a branch, how is the specific authority of each branch, separation of powers, respected? Or how does the Supreme Court adjudicate without a conflict of interest where the issue is the United States, per se, as defendant?

**CITIZENSHIP QUESTION** - The issue of asking citizenship should be viewed from the position of threat. This is a threat or perceived threat to the undocumented. It is not a threat to citizens. To citizens this question as lack of threat like asking what they had for breakfast. Consider this differently. President Trump last week announced immigration raids. How much fear did you feel in response to this announcement, any? When the cancellation was announced, how relieved did you feel that the government was not coming after you? Wasn't this an irrelevant announcement or non-occurring emotional relief as it applied to you? These feelings are not the same as where you disagree with this action. This Census question needs to be asked only because the federal government has failed to protect its citizens from invasion as is Constitutionally required. Again to refuse to ask or permit this question is to cover up. If our borders had been protected this might have been a moot question and thus worthy of eliminating from the Census. This question is not the same as those eliminated from the Census due to technology. This is the same as adding questions due to technology change, i.e. do you own a radio or TV. This adding is due to our border problems and responsibility failures.

The undocumented lack Social Security Numbers as previously noted. Thus they cannot pay income taxes. However this does not deny them the benefits of our common good. Why isn't this a form of stealing? Think fruit of the crime of illegal entry. When did it become acceptable or charitable to tolerate lawbreakers? Doesn't this define a limit to charity? Why isn't reaction to this question a measure of criminal action, wrongdoing or third party cover up?

If this citizenship question is ignored, why not ignore other factors such as name, age, gender, etc.?

**EPIDEMIC** - What happens when, not if, an epidemic occurs. Measles was previously suggested. What about everything from black plague to Ebola? We lack the resources, financial and skills, to