**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et. al.*,<br>*Defendants.* | Civil Action No. 8:18-cv-01041-GJH<br><br>Hon. George J. Hazel |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce, *et al.*,<br><br>*Defendants*. | Civil Action No. 8:18-cv-01570-GJH<br><br>Hon. George J. Hazel |

**NOTICE OF FILING OF PLAINTIFFS' PROPOSED SCHEDULING ORDER**

Pursuant to the Court's order of July 3, 2019, Plaintiffs hereby submit and request that the Court enter the attached Proposed Scheduling Order.

Earlier today, on July 5, 2019, Plaintiffs met and conferred with Defendants regarding the attached proposed scheduling order. Defendants stated that they did not oppose Plaintiffs' proposed scheduling order except that Defendants requested that the schedule be held in abeyance indefinitely until Defendants reach a "new" decision regarding whether or not they will attempt to inquire about citizenship status as part of the 2020 decennial census.

There is no reason to hold the proposed scheduling order in abeyance. Defendants cannot avoid Plaintiffs' equal protection and Section 1985 claims merely by pretending that the same or

a similar decision is somehow "new" or somehow cures the discriminatory intent that Plaintiffs have established as motivating the addition of the citizenship question to the 2020 census. *See, e.g.*, *Ne. Fla. Chapter of Associated Gen. Contractors v. City of Jacksonville*, 508 U.S. 656 (1993); *City of Mesquite v. Aladdin's Castle, Inc.*, 455 U.S. 283 (1982); *N.C. State Conference of NAACP v. McCrory*, 831 F.3d 204, 225 (4th Cir. 2016).

During the meet-and-confer teleconference, Defendants suggested that Plaintiffs likely would need to seek additional discovery in the wake of a purportedly "new" decision. Plaintiffs agree. However, that potentiality is not a basis for indefinitely deferring discovery on Plaintiffs' valid equal protection and Section 1985 claims, particularly given that Plaintiffs' proposed scheduling order expressly provides for modification in light of any developments, "including but not limited to any specific efforts by the federal government to inquire about citizenship status as part of the 2020 decennial census."

Defendants' proposal to hold discovery in abeyance is particularly inappropriate given Defendants' repeated representations to this Court and other courts, including the United States Supreme Court, that timing is of the essence and that "the census questionnaire needed to be finalized for printing by the end of June 2019." *Department of Commerce v. New York*, No. 18-966, slip op. at 8 (June 27, 2019).

Plaintiffs respectfully request that the Court enter the attached proposed scheduling order.

Dated: July 5, 2019

Respectfully Submitted,

<u>*/s/ Daniel Grant (Bar. No. 19659)*</u>
<u>*/s/ Denise Hulett*</u>

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

Thomas A. Saenz*
Nina Perales *
Denise Hulett*
Andrea Senteno*
Burth G. López (Bar No. 20461)
Tanya G. Pellegrini*
Julia A. Gomez*

1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
tsaenz@maldef.org
nperales@maldef.org
dhulett@maldef.org
asenteno@maldef.org
blopez@maldef.org
tpellegrini@maldef.org
jgomez@maldef.org

*Attorneys for LUPE Plaintiffs*

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang*
Terry Ao Minnis (Bar No. 20547)
Niyati Shah*

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
jyang@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org

*Attorneys for LUPE Plaintiffs*

**COVINGTON & BURLING LLP**
Shankar Duraiswamy*
José E. Arvelo*
Dustin Cho*
Amee Frodle*
Daniel Grant (Bar. No. 19659)
Bianca Nunes*
Tina M. Thomas*

One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
Tel: (202) 662-6000
Fax: (202) 662-6302
dgrant@cov.com
sduraiswamy@cov.com
jarvelo@cov.com
dcho@cov.com
afrodle@cov.com
bnunes@cov.com
tthomas@cov.com

P. Benjamin Duke*
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 8411000
Fax: (212) 841-1010
pbduke@cov.com

Lawrence A. Hobel*
Karun Tilak*
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Tel: (415) 591-6000
Fax: (415) 591-6091
lhobel@cov.com
ktilak@cov.com

*Attorneys for Kravitz Plaintiffs*

**Admitted pro hac vice*