UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, et al.<br>　　　　　Plaintiffs,<br>v.<br>U.S. DEPARTMENT OF COMMERCE, et al.<br>　　　　　Defendants. | Civil Action No. 8:18-cv-01041-GJH<br><br>Hon. George J. Hazel |
| LA UNIÓN DEL PUEBLO ENTERO, et al.<br>　　　　　Plaintiffs,<br>v.<br>WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, et al.<br>　　　　　Defendants. | Civil Action No. 8:18-cv-01570-GJH<br><br>Hon. George J. Hazel |

### [PROPOSED] SCHEDULING ORDER

Pursuant to the telephonic hearing held on July 3, 2019, the Court hereby issues the following scheduling order:

1. Discovery regarding Plaintiffs' equal protection and § 1985 claims may commence as of July 5, 2019 and shall conclude by August 19, 2019.

2. Written Discovery

    a) Plaintiffs may serve written discovery requests on the Department of Commerce and Department of Justice.

    b) Defendants shall serve objections to any such written discovery requests and any associated privilege log within seven days of service, and shall produce all responsive, non-privileged documents and information within 20 days of service.

3. Depositions

    a) Plaintiffs may take up to five depositions of Department of Commerce and/or Department of Justice witnesses ("Defendant Witnesses").

    b) Plaintiffs must obtain leave of Court to take more than five depositions of Defendant Witnesses, and the Court shall grant leave upon a showing of good cause.

    c) Defendants reserve their right to object to any specific request for the deposition of a Defendant Witness, but must object within 24 hours of receiving a specific deposition request.

4. Plaintiffs may issue third party subpoenas for documents and depositions, subject to the resolution of any objections by the person or entity subpoenaed.

5. Discovery Motions

    a) To expedite resolution of discovery disputes, any discovery motions shall be presented to the Court in the form of a letter-brief not to exceed three pages in length. Oppositions and replies shall also be submitted in the form of a letter-brief not to exceed three pages in length.

    b) Opposition letter-briefs shall be due within 2 days of service of the opening letter-brief and replies shall be due within 1 day of service of the opposition letter-brief.

    c) The Court shall endeavor to resolve promptly any discovery motion.

6. An evidentiary hearing on Plaintiffs' Rule 60(b) Motion, including testimony from witnesses, if any, shall be held on Tuesday, September 3, 2019 and Wednesday, September 4, 2019.

7. The parties reserve the right to seek modification of this Scheduling Order and the allowable scope of discovery based on any ongoing developments, including but not limited to any specific efforts by the federal government to inquire about citizenship status as part of the 2020 decennial census.

The above schedule is HEREBY ENTERED this 5th day of July, 2019.

_____
The Honorable GEORGE J. HAZEL
United States District Judge