# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-1041-GJH |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW APPEARNCE OF COUNSEL

We write to advise the Court that going forward Defendants the United States Department of Commerce, Secretary Wilbur L. Ross, Jr., the Bureau of the Census, and Steven Dillingham, Director of the U.S. Census Bureau will be represented in this matter by different counsel from the Department of Justice. Because the Civil Division has been involved in litigating this case to date and new attorneys from the Civil Division will be entering their appearances, Defendants do not expect that withdrawal of current counsel will cause any disruption in this matter.

Accordingly, Pursuant to Local Rule 101(2)(b), Defendants respectfully request that the Court approve the withdrawal of the following counsel and no longer send them docketing notifications via the ECF system: James Burnham, Garrett Coyle, Stephen Ehrlich, Courtney Enlow, Joshua Gardner, John Griffiths, and Martin Tomlinson.

A proposed Order is submitted with this motion.

1

DATED: July 8, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

*/s/ Glenn M. Girdharry*
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3141
Washington, DC 20530
Telephone: (202) 514-3301
Email: glenn.girdharry@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on July 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

                                    *s/ Glenn M. Girdharry*
                                    GLENN M. GIRDHARRY
                                    United States Department of Justice
                                    Civil Division