IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | No. 8:18-cv-1041-GJH |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, in his official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants. | No. 8:18-cv-1570-GJH |

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' AMENDED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Defendants respectfully submit this reply to Plaintiffs' response to Defendants' amended motion for leave to withdraw appearance of counsel. Plaintiffs contend that Defendants have failed to identify any justification for withdrawal and express concern that withdrawal will prejudice them. ECF No. 193 at 1-2. Neither contention has merit.

First, the Attorney General has the statutory authority to send "any officer of the Department of Justice . . . to any State or district in the United States to attend to the interests of the United States . . . ." 28 U.S.C. § 517; *see also* 28 U.S.C. § 519 ("Except as otherwise authorized by

1

law, the Attorney General shall supervise all litigation to which the United States, an agency, or officer thereof is a party, and shall direct all United States attorneys, assistant United States attorneys, and special attorneys appointed under section 543 of this title in the discharge of their respective duties."). Given this broad authority and the fact that the Civil Division of the Department of Justice continues to represent the Defendants (and new attorneys already have entered their appearances), Plaintiffs' suggestion that Defendants have failed to satisfy Local Rule 101(2)(b) is misplaced.

Plaintiffs' concerns about potential prejudice are equally meritless. The Civil Division continues to handle this matter, and new attorneys that have been assigned are entering appearances and already have begun working on the case. Accordingly, the staffing change the Department has made will not affect the posture of the case or cause any disruption in this matter. Defendants do not anticipate seeking any extensions based on the substitution of new counsel, will diligently work to ensure that the substitution of counsel does not prejudice plaintiffs in any way, and intend to respond to Plaintiffs' discovery on the Court-ordered schedule.

DATED: July 10, 2019               Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General

                                   DAVID M. MORRELL
                                   Deputy Assistant Attorney General

                                   /s/ *Glenn M. Girdharry*
                                   CHRISTOPHER A. BATES
                                   GLENN M. GIRDHARRY
                                   COLIN A. KISOR
                                   CHRISTOPHER R. REIMER
                                   DANIEL A. SCHIFFER
                                   Attorneys

                                   United States Department of Justice
                                   Civil Division
                                   950 Pennsylvania Ave., NW, Room 3141
                                   Washington, DC 20530
                                   Tel.: (202) 514-3301
                                   Email: glenn.girdharry@usdoj.gov

                                   *Counsel for Defendants*