# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | Civil Action No. 18-1041-GJH |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the entry of appearance of the undersigned Department of Justice Attorney as an attorney to be noticed for Defendants in the above-captioned matter.

Dated: July 11, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

*/s/ Christopher R. Reimer*
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3612
Washington, DC 20530
Telephone: (202) 305-3829
Email: Christopher.r.reimer@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will deliver a copy to all counsel of record.

            *s/ Christopher R. Reimer*
            CHRISTOPHER R. REIMER
            United States Department of Justice
            Civil Division