**U.S. Department of Justice**

Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530

July 11, 2019

**By ECF**

The Honorable George J. Hazel
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:  *Kravitz et al. v. U.S. Dept. of Commerce et al.* **(No. 18-cv-01041);**
*La Unión del Pueblo Entero, et al., v. Ross, et al.* **(No. 18-01570)**

Dear Judge Hazel:

Defendants write to inform you that the President today signed an Executive Order entitled "Collecting Information About Citizenship Status in Connection With the Decennial Census," a copy of which is attached to this letter.  In the Order, the President stated that the Supreme Court's decision in *Department of Commerce v. New York*, No. 18-966 (June 27, 2019), "has now made it impossible, as a practical matter, to include a citizenship question on the 2020 decennial census questionnaire."  Furthermore, in prepared remarks, the Attorney General stated that, "as a practical matter, the Supreme Court's decision closed all paths to adding the question to the 2020 decennial census."[1]

In light of these conclusions, Defendants plan to confer with Plaintiffs' counsel regarding appropriate next steps in these proceedings.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

/s/ Christopher R. Reimer
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
BRINTON LUCAS
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER

---

[1] https://www.justice.gov/opa/speech/remarks-attorney-general-william-p-barr-census-citizenship-question.

Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW, Room 3141
Washington, DC 20530
Tel.: (202) 305-3829
Email: christopher.r.reimer@usdoj.gov

*Counsel for Defendants*

CC:

All Counsel of Record (by ECF)