**U.S. Department of Justice**
Civil Division

July 12, 2019

**By ECF**
The Honorable George J. Hazel
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    *Kravitz v. U.S. Dep't of Commerce* **(No. 18-cv-1041);**
            *La Unión del Pueblo Entero, et al., v. Ross, et al.* **(No. 18-01570)**

Dear Judge Hazel:

    On behalf of the parties in the above-referenced cases, we respectfully submit this joint letter. As reflected in Defendants' July 11, 2019 Letter (Dkt. 200), the parties in the above-referenced cases have begun to confer regarding appropriate next steps in these proceedings in light of yesterday's developments.

    The parties have jointly agreed to continue, by one business day, the current July 12, 2019 deadline for Defendants to respond to Plaintiffs' July 5, 2019 Request for Production and Subpoena to Produce Documents that were issued to the Departments of Commerce and Justice, respectively. The parties therefore respectfully request that the Court grant a one-business-day continuance of Defendants' discovery obligations.

    In addition, the parties jointly request that the Court schedule a status conference for the afternoon of Monday, July 15, 2019 at 4:00 p.m. to discuss next steps in these cases.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    DAVID M. MORRELL
    Deputy Assistant Attorney General

    /s/ Christopher R. Reimer
    CHRISTOPHER A. BATES
    BRINTON LUCAS
    CHRISTOPHER R. REIMER
    DANIEL A. SCHIFFER
    Attorneys
    United States Department of Justice
    Civil Division
    950 Pennsylvania Ave., NW, Room 3141
    Washington, DC 20530

                                                        Tel.: (202) 305-3829
                                                      Email: christopher.r.reimer@usdoj.gov
                                                      *Counsel for Defendants*

                                                      *Attorneys for Defendants*

cc:  Counsel of Record (by ECF)