July 16, 2019

**VIA ECF**

The Honorable George J. Hazel
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

    Re:    ***Kravitz, et al. v. U.S. Dep't. of Commerce, et al.*** **(No. 18-cv-01041)**
            ***La Unión del Pueblo Entero, et al. v. Ross, et al.*** **(No. 18-cv-01570)**

Dear Judge Hazel:

       We respectfully submit this joint letter on behalf of the parties in the above-referenced cases. The parties have conferred regarding resolution of these cases. Defendants have already moved to dismiss their appeal before the United States Court of Appeals for the Fourth Circuit, which was granted. Now, Plaintiffs request entry of the attached order resolving Plaintiffs' pending Rule 60(b) motion. Defendants do not oppose the Court entering the attached order.

                                                   Respectfully submitted,

 /s/ David M. Morrell                           /s/ Shankar Duraiswamy

                                                    /s/ Denise Hulett

| | |
|---|---|
| | COVINGTON & BURLING LLP |
| JOSEPH H. HUNT | Shankar Duraiswamy* |
| Assistant Attorney General | José E. Arvelo* |
| | Dustin Cho* |
| DAVID M. MORRELL | Amee Frodle* |
| Deputy Assistant Attorney General | Daniel Grant (Bar. No. 19659) |
| | Bianca Nunes* |
| | Tina M. Thomas* |
| CHRISTOPHER A. BATES | |
| BRINTON LUCAS | One CityCenter |
| CHRISTOPHER R. REIMER | 850 Tenth Street, NW |
| DANIEL A. SCHIFFER | Washington, D.C. 20001-4956 |
| Attorneys | Tel: (202) 662-6000 |
| United States Department of Justice | Fax: (202) 662-6302 |
| Civil Division | dgrant@cov.com |
| 950 Pennsylvania Ave, N.W., Room 3141 | sduraiswamy@cov.com |
| Washington, DC 20530 | jarvelo@cov.com |
| Tel.: (202) 305-3829 | dcho@cov.com |
| Email: christopher.r.reimer@usdoj.gov | afrodle@cov.com |
| | bnunes@cov.com |
| *Attorneys for Defendants* | tthomas@cov.com |
| | |
| | P. Benjamin Duke* |
| | COVINGTON & BURLING LLP |
| | The New York Times Building |

620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
pbduke@cov.com

Lawrence Hobel*
Karun Tilak*
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Tel: (415) 591-6000
lhobel@cov.com
ktilak@cov.com
*Attorneys for Kravitz Plaintiffs*

MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
Thomas A. Saenz*
Nina Perales *
Denise Hulett*
Andrea Senteno*
Burth G. López (Bar No. 20461)
Tanya G. Pellegrini*
Julia A. Gomez*

1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
tsaenz@maldef.org
nperales@maldef.org
dhulett@maldef.org
asenteno@maldef.org
blopez@maldef.org
tpellegrini@maldef.org
jgomez@maldef.org

ASIAN AMERICANS ADVANCING
JUSTICE | AAJC
John C. Yang*
Terry Ao Minnis (Bar No. 20547)
Niyati Shah*

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
jyang@advancingjustice-aajc.org
tminnis@advancingjustice-aajc.org
nshah@advancingjustice-aajc.org
*Attorneys for LUPE Plaintiffs*
**Admitted pro hac vice*