**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ROBYN KRAVITZ, *et al.* <br>     Plaintiffs, <br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, *et al.* <br>     Defendants. | Civil Action No. 8:18-cv-01041-GJH <br><br> Hon. George J. Hazel |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.* <br>     Plaintiffs, <br> v. <br><br> WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, et al. <br>     Defendants. | Civil Action No. 8:18-cv-01570-GJH <br><br> Hon. George J. Hazel |

**[PROPOSED] ORDER**

Upon Plaintiffs' unopposed request for entry of an order resolving their Rule 60(b)(2) Motion for Relief from Final Judgment (ECF No. 162), and based on the full record of proceedings in these cases, it is hereby ordered by the United States District Court for the District of Maryland that:

   1.  Defendants, including the Secretary of Commerce in his Official Capacity, the Director of the Census in his official capacity, and any successors to those offices, together with their agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing ("Enjoined Persons"), see Fed. R. Civ. P. 65(d)(2), are PERMANENTLY ENJOINED from including a citizenship question on the 2020 decennial census questionnaire; from delaying the process of printing the 2020 decennial census

questionnaire after June 30, 2019 for the purpose of including a citizenship question; and from asking persons about citizenship status on the 2020 Census questionnaire or otherwise asking a citizenship question as part of the 2020 decennial Census.

      2.      The court will retain jurisdiction in this case to adjudicate any motion for fees and costs and to enforce the terms of this order until the 2020 Census results are processed and sent to the President by December 31, 2020.

**SO ORDERED.**

Dated: _____            _____
                                                                     The Honorable GEORGE J. HAZEL
                                                                           United States District Judge