**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ROBYN KRAVITZ, *et al.* | Case No.: 18-cv-1041-GJH |
| *Plaintiffs*, | |
| v. | Hon. George J. Hazel |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.* | |
| *Defendants*. | |

**SECOND JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

The parties respectfully move the Court to extend the current schedule for briefing on Plaintiffs' Motion for Award of Attorney's Fees and Costs (the "Motion")—including an imminent September 13 deadline—in order to allow the parties to continue settlement discussions regarding Plaintiffs' request for attorney's fees and costs.  The parties believe that this extension is appropriate to determine whether the need for judicial resolution of the issues can be avoided.  Thus, to facilitate the ongoing settlement discussions, and in the interest of judicial economy, the parties request that the Court extend the briefing schedule regarding Plaintiffs' Motion as follows:

    1.      On or before September 27, 2019, Plaintiffs shall file an amended or supplemental motion for attorney's fees and costs (the "Amended Motion").[1]

---

[1] Plaintiffs take the position that they are permitted to amend or supplement their motion for fees at any time.  *See Scarborough v. Principi*, 541 U.S. 401 (2004).  However, they agree to seek the relief requested herein to facilitate further settlement discussions.

2. Defendants' opposition to the Amended Motion shall be due 14 days after the Amended Motion is filed.

3. Plaintiffs' reply in support of the Amended Motion shall be due 14 days after Defendants' opposition is filed.

A proposed Order granting the instant motion is submitted herewith for the Court's convenience.

Dated: September 11, 2019                                Respectfully Submitted,

JOSEPH H. HUNT                                           */s/ Daniel Grant* (Bar. No. 19659)
Assistant Attorney General

                                                         **COVINGTON & BURLING LLP**
CARLOTTA P. WELLS                                        Shankar Duraiswamy*
Assistant Branch Director                                José E. Arvelo*
                                                         Dustin Cho*
*/s/ Carol Federighi*                                    Daniel Grant (Bar. No. 19659)
Carol Federighi                                          Tina M. Thomas*
Senior Trial Counsel
U.S. Department of Justice                               One CityCenter
Civil Division                                           850 Tenth Street, NW
Federal Programs Branch                                  Washington, D.C. 20001-4956
P.O. Box 883                                             Tel: (202) 662-6000
Washington, DC 20044                                     Fax: (202) 662-6302
Phone: (202) 514-1903                                    dgrant@cov.com
Email: carol.federighi@usdoj.gov                         sduraiswamy@cov.com
                                                         jarvelo@cov.com
                                                         dcho@cov.com
*Counsel for Defendants*                                 tthomas@cov.com

                                                         P. Benjamin Duke*
                                                         **COVINGTON & BURLING LLP**
                                                         The New York Times Building
                                                         620 Eighth Avenue
                                                         New York, NY 10018-1405
                                                         Tel: (212) 8411000
                                                         Fax: (212) 841-1010

pbduke@cov.com

Lawrence A. Hobel*
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Tel: (415) 591-6000
Fax: (415) 591-6091
lhobel@cov.com

*Attorneys for Kravitz Plaintiffs*

*\*Pro Hac Vice*