**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

U. S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 SEP 12  AM 10: 17
CLERK'S OFFICE
AT GREENBELT

| | |
|---|---|
| ROBYN KRAVITZ, *et al.* | Case No.: 18-cv-1041-GJH |
| *Plaintiffs,* | |
| v. | Hon. George J. Hazel |
| UNITED STATES DEPARTMENT OF COMMERCE, *et al.* | |
| *Defendants.* | |

## [PROPOSED] ORDER

Upon the parties' Second Joint Motion to Extend Briefing Schedule on Plaintiffs' Motion for Award of Attorney's Fees and Costs, dated September 11, 2019, the Court having considered the submissions of the parties, IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED THAT on or before September 27, 2019, Plaintiffs shall file an amended or supplemental motion for attorney's fees and costs (the "Amended Motion"); and

IT IS FURTHER ORDERED THAT Defendants' opposition to the Amended Motion shall be due 14 days after the Amended Motion is filed; and

IT IS FURTHER ORDERED THAT Plaintiffs' reply in support of the Amended Motion shall be due 14 days after Defendants' opposition is filed.

Dated this 11th day of September, 2019

UNITED STATES DISTRICT JUDGE