IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBYN KRAVITZ, *et al.*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*<br><br>　　　　Defendants. | No. 8:18-cv-01041-GJH |

**NOTICE OF SETTLEMENT RE: FEES, EXPENSES, AND COSTS IN No. 18-1041**

　　Plaintiffs Robyn Kravitz, *et al.*, and Defendants Wilbur L. Ross, *et al.*, hereby inform the Court that they have reached a settlement resolving Plaintiffs' claim for any fees, costs, and expenses relating to this action. In light of the parties' settlement agreement, Plaintiffs hereby withdraw their pending Motion for Award of Attorney's Fees and Costs (Dkt. 207).

| | |
|---|---|
| Dated: September 30, 2019 | Respectfully submitted, |
| | |
| JOSEPH H. HUNT | */s/ Daniel Grant* |
| Assistant Attorney General | |
| | **COVINGTON & BURLING LLP** |
| CARLOTTA P. WELLS | Shankar Duraiswamy* |
| Assistant Branch Director | José E. Arvelo* |
| | Dustin Cho* |
| */s/ Carol Federighi* | Daniel Grant (Bar. No. 19659) |
| CAROL FEDERIGHI | Tina M. Thomas* |
| Senior Trial Counsel | One CityCenter |
| U.S. Department of Justice | 850 Tenth Street, NW |
| Civil Division | Washington, D.C. 20001-4956 |
| Federal Programs Branch | Tel: (202) 662-6000 |
| P.O. Box 878 | Fax: (202) 662-6302 |
| Washington, DC 20044 | sduraiswamy@cov.com |
| Phone: (202) 514-1903 | jarvelo@cov.com |
| Email: carol.federighi@usdoj.gov | dcho@cov.com |
| | dgrant@cov.com |
| *Counsel for Defendants* | tthomas@cov.com |
| | |
| | P. Benjamin Duke* |
| | COVINGTON & BURLING LLP |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| | Tel: (212) 8411000 |
| | Fax: (212) 841-1010 |
| | pbduke@cov.com |
| | |
| | Lawrence A. Hobel* |
| | COVINGTON & BURLING LLP |
| | Salesforce Tower, 415 Mission Street |
| | San Francisco, CA 94105-2533 |
| | Tel: (415) 591-6000 |
| | Fax: (415) 591-6091 |
| | lhobel@cov.com |
| | |
| | *Attorneys for Plaintiffs* |
| | *\*Pro Hac Vice* |
| | |
| | *Counsel for Kravitz Plaintiffs* |