# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBIN KRAVITZ, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*<br><br>Defendants. | No. 8:18-cv-01041-GJH |
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, *et al.*,<br><br>Defendants. | No. 8:18-cv-01570-GJH |

**NOTICE OF SETTLEMENT RE: ATTORNEYS' FEES, EXPENSES, AND COSTS IN No. 18-1570**

Plaintiffs La Unión Del Pueblo Entero, *et al.* and Defendants Wilbur L. Ross, *et al.* hereby inform the Court that the parties have reached a settlement resolving Plaintiffs' Motion for Attorneys' Fees and Costs relating to this action.

| | |
|---|---|
| Dated: September 30, 2019 | Respectfully submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General | */s/ Andrea Senteno*<br>**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** |
| CARLOTTA P. WELLS<br>Assistant Branch Director | Thomas A. Saenz (CA Bar No. 159430 )*^<br>Nina Perales (TX Bar No. 24005046)*^<br>Denise Hulett (CA Bar No. 121553)*^ |
| */s/ Carol Federighi*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>P.O. Box 878<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov | Andrea Senteno (NY Bar No. 5285341)*^<br>Tanya G. Pellegrini (CA Bar No. 285186)*^<br>Julia Gomez (CA Bar No. 316270)*^<br>1016 16th Street NW, Suite 100<br>Washington, DC 20036<br>Phone: (202) 293-2828<br>Facsimile: (202) 293-2849<br>*Admitted pro hac vice.* |
| *Counsel for Defendants* | **ASIAN AMERICANS ADVANCING JUSTICE \| AAJC**<br>John C. Yang (IL Bar No. 6210478)*<br>Niyati Shah (NJ Bar No. 026622005) *^<br>Terry Ao Minnis  (MD Bar No. 0212170024) ^<br>1620 L Street, NW, Suite 1050<br>Washington, DC 20036<br>Phone: (202) 815-1098<br>Facsimile: (202) 296-2318 |
| | ^ *Not admitted in DC.* |
| | *Counsel for LUPE Plaintiff* |